**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | | |
|---|---|---|---|
| Associated Recovery, LLC, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | No. 1:15-cv-1723-AJT-JFA | |
| v. | ) | | |
| | ) | | |
| John Does 1-44, | ) | | |
| | ) | | |
| Defendants. | ) | | |
| | ) | | |

In re:

| | | | |
|---|---|---|---|
| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

**DECLARATION OF MS. REBECCA J. STEMPIEN COYLE IN SUPPORT OF
PLAINTIFF'S NOTICE OF DECLARATION REGARDING PUBLICATION**

I, Rebecca J. Stempien Coyle, declare as follows:

1. I am an attorney with the law firm LEVY & GRANDINETTI, attorney for the Plaintiff, Associated Recovery, LLC (the "Plaintiff" or "Associated Recovery").

2. I am fully familiar with the facts and circumstances set forth herein. This Declaration is based upon my personal knowledge and a review of the files maintained by LEVY & GRANDINETTI.

3. I submit this declaration pursuant to the Court's Order To Publish Notice of Action dated January 27, 2016 (ECF No. 6) (the "Order"). The Court ordered the Plaintiff to publish a copy of the Order in *The Washington Times* once within fourteen (14) days after entry of the Order. The Court also ordered the Plaintiff to advise the Court of the steps taken to comply with the Order within twenty (20) days after entry of the Order.

4. To comply with this Order, I arranged to have a copy of the Order published in *The Washington Times* advising the defendant domain names 744.com, 028.com, 3dcamera.com, fny.com, fx2.com, fxf.com, jtz.com, kgj.com, kmq.com, kou.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, ruten.com, sdu.com, sqg.com, taolv.com, uhw.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, yey.com, ygx.com, yjr.com, yjx.com, ylz.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, and zzm.com of the Plaintiff's action.

5. A true and accurate affidavit from Jud Almond, authorized agent of The Washington Times, L.L.C., attesting that the Order was published in *The Washington Times* on February 3, 2016, and supplying a copy of the publication, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 16, 2016

> Respectfully,
>
> ___/s/_____
> Rebecca J. Stempien Coyle
> (VSB# 71483)
> Counsel for the Plaintiff
> **Associated Recovery, LLC**
> LEVY & GRANDINETTI
> 1120 Connecticut Avenue, N.W., Suite 304
> Washington, D.C. 20036
> Telephone (202) 429-4560
> Facsimile (202) 429-4564
> mail@levygrandinetti.com

# EXHIBIT A

**AFFIDAVIT OF PUBLICATION**

AD # 14869116

TO WIT:

I hereby certify that on the 3rd day of February, 2016, before me, the subscriber, DASCHELLE D. ADDISON, a notary public, that the matters of facts set forth are true.
JUD ALMOND, who being duly sworn according to law, and oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

# The Washington Times

Circulated daily, in the State of Virginia County of Alexandria and that the advertisement, of which the annexed is a true copy, was published in said newspaper 1 times(s) on the following dates:

Wednesday, February 3, 2016

Total cost $562.65 Dollars

As witness, my hand and notarial seal.

Notary Public _____

DASCHELL'E D. ADDISON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2020

9600

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Associated Recovery, LLC,

    Plaintiff,

v.                                            No. 1:15-cv-1723-AJT-JFA

John Does 1-44,

    Defendants.

In re:

744.COM, 028.COM, 3DCAMERA.COM, FNY.COM, FX2.COM, FXF.COM, JTZ.COM, KGJ.COM, KMQ.COM, KOU.COM, KXQ.COM, KXW.COM, LNM.COM, LUOHE.COM, MEQ.COM, OCU.COM, PIXIE.COM, QMH.COM, RUTEN.COM, SDU.COM, SQG.COM, TAOLV.COM, UHW.COM, VCZ.COM, VGJ.COM, WYD.COM, XAQ.COM, XFF.COM, XSG.COM, YCX.COM, YEY.COM, YGX.COM, YJR.COM, YJX.COM, YLZ.COM, YQP.COM, YQT.COM, YRN.COM, YTE.COM, YYG.COM, ZDP.COM, ZHD.COM, ZULIN.COM, ZZM.COM

## ORDER TO PUBLISH NOTICE OF ACTION

This matter is before the Court on Plaintiff, Associated Recovery, LLC's Motion for an Order to Publish Notice of Action. Upon consideration of Plaintiffs Motion for an Order to Publish Notice of Action and Plaintiff's Memorandum of Law and Declaration in support thereof, and because this matter can be resolved without oral argument,

IT IS HEREBY ORDERED:

1. That a copy of this Order be published in THE WASHINGTON TIMES with fourteen (14) days after entry of this Order and that a declaration be filed on Plaintiff's behalf, no later than twenty (20) days after entry of the Order, describing the steps that have been taken to comply with this Order.

2. That the defendant domain names 744.com, 028.com, 3dcamera.com, fny.com, fx2.com, fxf.com, jtz.com, kgj.com, kmq.com, kou.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, ruten.com, sdu.com, sqg.com, taolv.com, uhw.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, yey.com, ygx.com, yjr.com, yjx.com, ylz.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, and zzm.com (the "Domain Names") are hereby advised:

    A. Plaintiff has filed a Complaint charging the Domain Names with violation of the Anticybersquating Consumer Protection Act (the "Act"). A copy of the Complaint may be obtained from the Plaintiffs counsel, Rebecca J. Stempien Coyle, LEVY & GRANDINETTI, 1120 Connecticut Avenue, N.W., Suite 304, Washington, D.C. 20036, telephone number (202) 429-4560.

    B. In the event the Plaintiff prevails against the Domain Name under the Act, remedies could include the forfeiture or cancellation of the Domain names or the transfer of the Domain Names to the Plaintiff in this action.

    C. Any answer or other response to the Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798, within twenty-one (21) days from the date of publication of this Order in THE WASHINGTON TIMES. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against the Domain Names, which could include the forfeiture or cancellation of the Domain Names, the transfer of the Domain Names to the Plaintiff.

Entered this 27th day of January, 2016.

/s/ John F. Anderson
The Honorable John F. Anderson
United States District Court Magistrate Judge

Run Date: February 3, 2016

AD#14869116