IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| ASSOCIATED RECOVERY, LLC, | ) | |
|---|---|---|
| *Plaintiff*, | ) | Case No. 1:15-cv-01723-AJT-JFA |
| v. | ) | |
| JOHN DOES 1-44, | ) | |
| *Defendants in rem.* | ) | |

In re:

| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
|---|---|---|---|
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendants Liwei Liu, Dongdong Xu, Teng Wang, Xiaosheng Liu, and Feng Yan, through their counsel, on March 11, 2016, at 10:00 am, or as soon thereafter as counsel may be heard, will present their Motion to Set Aside the Entry of Default obtained by Plaintiff Associated Recovery, Inc., filed and served on the Plaintiff on March 4, 2016, and request an Order granting said Motion.

Dated:  March 4, 2016                                   Respectfully submitted,

                                                        <u>*/s/ Claire M. Maddox*</u>
                                                        Lora A. Brzezynski, VSB No. 36151
                                                        Claire M. Maddox, VSB No. 71230
                                                        Dentons US LLP
                                                        1900 K Street, NW
                                                        Washington, DC  20006
                                                        202-496-7500 (phone)
                                                        202-496-7756 (fax)
                                                        lora.brzezynski@dentons.com
                                                        claire.maddox@dentons.com

                                                        *Counsel for Defendants Jinwu Chen,*
                                                        *Xumin Huang, Feng Lu, Yuhua Jiang,*
                                                        *Zhilong Chu, Yaoguang Zhu, Yanbin Lin,*
                                                        *Yu Lin, Xiaofeng Lin, Fengjing Zheng,*
                                                        *Xiaoying Li, Liwei Liu, Dongdong Xu,*
                                                        *Teng Wang, Xiaosheng Liu, Feng Yan*

Of Counsel:

Steven M. Geiszler
Zunxuan D. Chen
Dentons US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858
214-259-0900 (phone)
214-259-0910 (fax)
steven.geiszler@dentons.com
digger.chen@dentons.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of March 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Rebecca J. Stempien Coyle (VSB 71483)
Levy & Grandinetti
Suite 304
1120 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 429-4560
Fax: (202) 429-4564
mail@levygrandinetti.com

*Counsel for Associated Recovery, LLC*

Dated:  March 4, 2016

*/s/ Claire M. Maddox*
Claire M. Maddox, VSB No. 71230
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
202-496-7500 (phone)
202-496-7756 (fax)
claire.maddox@dentons.com

*Counsel for Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Xiaosheng Liu, Feng Yan*