**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| Associated Recovery, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-1723-AJT-JFA |
| v. | ) | |
| | ) | |
| John Does 1-44, | ) | |
| | ) | |
| Defendants. | ) | |

In re:

| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
|---|---|---|---|
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 55(b)(2), the Plaintiff Associated Recovery, LLC (the "Plaintiff" or "Associated Recovery"), by counsel, respectfully moves for entry of default judgment against the Internet domain names: 744.com, 3dcamera.com, fxf.com, jtz.com,

kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com, and yte.com, (collectively the "Defaulted Domain Names").  The Plaintiff alleges that the Defendant Defaulted Domain Names have violated the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) pursuant to the uncontested pleadings and evidence submitted herewith.

The Plaintiff seeks the transfer of the Defaulted Domain Names to the exclusive ownership and control of the Plaintiff.  This application for default judgment is based on this Motion and the accompanying Memorandum, as well as the Clerk of Court's Entry of Default. *See* Dkt. 12.

Date:   March 4, 2016

Respectfully,

/s/
Rebecca J. Stempien Coyle  (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

**CERTIFICATE OF SERVICE**

     I, Rebecca J. Stempien Coyle, certify that on March 4, 2016, I electronically filed the foregoing PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT by using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Claire M. Maddox
> DENTONS US LLP
> 1900 K Street, N.W.
> Washington, D.C. 20006
> claire.maddox@dentons.com

     I also sent copies for the following domain names: 744.com, 3dcamera.com, fxf.com, jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vgj.com, yey.com, yjx.com, ylz.com, and yte.com. The copies were sent to the registrants of the domain names by e-mail on March 4, 2016, and by air mail on March 7, 2016, at the following postal and e-mail addresses provided by the registrants to the registrars:

> Domain ID Shield Service Co.
> 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central
> Hong Kong 999077, China
> 745187165637504@domainidshield.com
>
> Taesong Chong
> D-805 Central Star, Bujeon Jin-gu
> Busan 614-030, Korea
> komorijin@gmail.com
>
> WhoisGuard Protected, WhoisGuard, Inc.
> P.O. Box 0823-03411
> Panama City, Republic of Panama
> 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM

Chang Su, Su Chang
A2-505 Linhai Mountain Villa, Xiameilin Beihuan Road
Shenzhen 518003, China
suchang1978@yahoo.com

WHOIS AGENT, DOMAIN WHOIS PROTECTION SERVICE
17F, No. 138 Zhognshan Avenue
Guangzhou, Guangdong 510000, China
whoisagent@hupo.com

Xiamen eName Network Co., Ltd.
Software Park, Wanghai Road No. 19, 603
Xiamen Shi, Fujian 361000, China
kf94hfkkfm@enamewhois.com
03ur3t0sx@enamewhois.com

Whois Privacy Corp.
Ocean Centre, Montagu Foreshore, East Bay Street
Nassau, Bahamas
5435a938ino23cjv@5225b4d0pi3627q9.whoisprivacycorp.com

Mr. Chen
Fujian, Beijing
Beijing 100824, China
chinaloy@126.com

Lvchangbing
Shuiguohu
Wuhan Shi, Hubei 430071, China
3296868@qq.com

YinSi BaoHu Yi KaiQi
3/F HiChina Mansion, No. 27 Gulouwai Avenue
Dongcheng District, Beijing 100120, China
YuMing@YinSiBaoHu.AliYun.com

Linchunmei
Tianhe Ruanjian Yuan
Guangzhou Shi, Guangdong 510665, China
leetwei@126.com

ChenLongshui, Bozong Net. Ltd.
Shenzhen Guangdong
Shenzhen Shi, Guangdong 518000, China
chenls@bzw.cn
Lior Navi

Hanasi 6
Haifa 34323, Israel
jerolior@gmail.com

                                                  /s/
Rebecca J. Stempien Coyle (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com