**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| Associated Recovery, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-1723-AJT-JFA |
| v. | ) | |
| | ) | |
| John Does 1-44, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In re:

| | | | |
|---|---|---|---|
| 744.COM | LNM.COM | VGJ.COM | YQT.COM |
| 028.COM | LUOHE.COM | WYD.COM | YRN.COM |
| 3DCAMERA.COM | MEQ.COM | XAQ.COM | YTE.COM |
| FNY.COM | OCU.COM | XFF.COM | YYG.COM |
| FX2.COM | PIXIE.COM | XSG.COM | ZDP.COM |
| FXF.COM | QMH.COM | YCX.COM | ZHD.COM |
| JTZ.COM | RUTEN.COM | YEY.COM | ZULIN.COM |
| KGJ.COM | SDU.COM | YGX.COM | ZZM.COM |
| KMQ.COM | SQG.COM | YJR.COM | |
| KOU.COM | TAOLV.COM | YJX.COM | |
| KXQ.COM | UHW.COM | YLZ.COM | |
| KXW.COM | VCZ.COM | YQP.COM | |

**DECLARATION OF MS. REBECCA J. STEMPIEN COYLE IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS'
MOTION TO SET ASIDE THE ENTRY OF DEFAULT**

I, Rebecca J. Stempien Coyle, declare as follows:

1.      I am an attorney with the law firm Levy & Grandinetti, counsel for the Plaintiff, Associated Recovery, LLC (the "Plaintiff" or "Associated Recovery").

2.      I am fully familiar with the facts and circumstances set forth herein.  This Declaration is based upon my personal knowledge and a review of the files maintained by Levy & Grandinetti.

3.      I submit this declaration in support of Plaintiff's Opposition to Certain Defendants' Motion to Set Aside the Entry of Default.

4.      Attached as Composite Exhibit 1 are true and accurate copies of the e-mails and letters sent on December 31, 2015, forwarding, and notifying the registrants of, the filing of the Complaint in this action as sent to the e-mail and postal addresses on file with the registrars of the Domain Names for yyg.com, yrn.com, vcz.com, fny.com, zhd.com and zulin.com (collectively the "Certain Defendants").

5.      Attached as Composite Exhibit 2 are true and accurate copies of the e-mails and letters sent on January 20, 2016, forwarding the complete filing of the Plaintiff's Motion for Order to Publish Notice of Action as sent to the e-mail and postal addresses on file with the registrars of the Domain Names for the Certain Defendants.

6.      Attached as Composite Exhibit 3 are true and accurate copies of the e-mails and letters sent on February 16, 2016, forwarding the complete filing of the Plaintiff's Notice of Declaration Regarding Publication as sent to the e-mail and postal addresses on file with the registrars of the Domain Names for the Certain Defendants.

7.      Attached as Composite Exhibit 4 are true and accurate copies of the e-mails and letters sent on February 25, 2016, forwarding the complete filing of the Plaintiff's Request for Clerk's Entry of Default as sent to the e-mail and postal addresses on file with the registrars of the Domain Names for the Certain Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 9, 2016

Respectfully,

_____/s/_____

Rebecca J. Stempien Coyle  (VSB# 71483)
Counsel for the Plaintiff
**Associated Recovery, LLC**
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

# COMPOSITE EXHIBIT 1

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, December 31, 2015 2:40 PM |
| **To:** | 'fmhot@126.com' |
| **Subject:** | U.S. Federal In Rem Action Filed in Regard to Domain Name ZULIN.COM |
| **Attachments:** | Complaint_123115_Exhibits.pdf; Complaint_123115_Stamped.pdf |

Dear Sirs:

The attached Complaint has been filed in the United States District Court for the Eastern District of Virginia regarding this domain name.

Pursuant to 15 USC 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed in rem in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, December 31, 2015 2:39 PM |
| **To:** | 'kf@midai.com' |
| **Subject:** | U.S. Federal In Rem Action Filed in Regard to Domain Name ZHD.COM |
| **Attachments:** | Complaint_123115_Exhibits.pdf; Complaint_123115_Stamped.pdf |

Dear Sirs:

The attached Complaint has been filed in the United States District Court for the Eastern District of Virginia regarding this domain name.

Pursuant to 15 USC 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed in rem in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, December 31, 2015 2:39 PM |
| **To:** | 'reeveliu@hotmail.com' |
| **Subject:** | U.S. Federal In Rem Action Filed in Regard to Domain Name YYG.COM |
| **Attachments:** | Complaint_123115_Exhibits.pdf; Complaint_123115_Stamped.pdf |

Dear Sirs:

The attached Complaint has been filed in the United States District Court for the Eastern District of Virginia regarding this domain name.

Pursuant to 15 USC 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed in rem in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, December 31, 2015 2:38 PM |
| **To:** | 'fmhot@126.com' |
| **Subject:** | U.S. Federal In Rem Action Filed in Regard to Domain Name YRN.COM |
| **Attachments:** | Complaint_123115_Exhibits.pdf; Complaint_123115_Stamped.pdf |

Dear Sirs:

The attached Complaint has been filed in the United States District Court for the Eastern District of Virginia regarding this domain name.

Pursuant to 15 USC 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed in rem in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, December 31, 2015 2:23 PM |
| **To:** | 'gdlzwt@gmail.com' |
| **Subject:** | U.S. Federal In Rem Action Filed in Regard to Domain Name VCZ.COM |
| **Attachments:** | Complaint_123115_Exhibits.pdf; Complaint_123115_Stamped.pdf |

Dear Sirs:

The attached Complaint has been filed in the United States District Court for the Eastern District of Virginia regarding this domain name.

Pursuant to 15 USC 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed in rem in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

## Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, December 31, 2015 2:06 PM |
| **To:** | 'gaodade@gmail.com' |
| **Subject:** | U.S. Federal In Rem Action Filed in Regard to Domain Name FNY.COM |
| **Attachments:** | Complaint_123115_Exhibits.pdf; Complaint_123115_Stamped.pdf |

Dear Sirs:

The attached Complaint has been filed in the United States District Court for the Eastern District of Virginia regarding this domain name.

Pursuant to 15 USC 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed in rem in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**LEVY & GRANDINETTI**
1120 CONNECTICUT AVENUE, N.W., SUITE 304
WASHINGTON, D.C. 20036

TELEPHONE:  (202) 429-4560
FACSIMILE:  (202) 429-4564
E-MAIL:  mail@levygrandinetti.com

December 31, 2015

**VIA AIR MAIL**

Zhiqiangjin
Wenyi Road No. 75
Hangzhoushi, Zhejiang
China

Re:   Domain Name FNY.COM
      E.D. Va. Civil Action No. 1:15-cv-1723 (AJF/JFA)

Dear Sir or Madam:

Enclosed is the first page of a complaint filed in the United States District Court for the Eastern District of Virginia regarding this domain name.  We have sent a full copy of the complaint as filed to you via electronic mail.  If you did not receive the ful copy, please let us know.

Pursuant to 15 U.S.C. § 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed *in rem* in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,

Rebecca J. Stempien Coyle

RJSC:elb
Enclosure

**LEVY & GRANDINETTI**
1120 CONNECTICUT AVENUE, N.W., SUITE 304
WASHINGTON, D.C. 20036

TELEPHONE: (202) 429-4560
FACSIMILE: (202) 429-4564
E-MAIL: mail@levygrandinetti.com

December 31, 2015

**VIA AIR MAIL**

Xucaijun
HANGZHOU XIAOMAI FINANCIAL INFORMATION SERVICE CO., LTD.
4.cn Brokers
Hang Zhou Shi, Zhe Jiang 310019
China

        Re:    Domain Name ZHD.COM
                E.D. Va. Civil Action No. 1:15-cv-1723 (AJF/JFA)

Dear Sir or Madam:

Enclosed is the first page of a complaint filed in the United States District Court for the Eastern District of Virginia regarding this domain name. We have sent a full copy of the complaint as filed to you via electronic mail. If you did not receive the ful copy, please let us know.

Pursuant to 15 U.S.C. § 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed *in rem* in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

                Regards,

                Rebecca J. Stempien Coyle

RJSC:elb
Enclosure

**LEVY & GRANDINETTI**
1120 CONNECTICUT AVENUE, N.W., SUITE 304
WASHINGTON, D.C. 20036

TELEPHONE: (202) 429-4560
FACSIMILE: (202) 429-4564
E-MAIL: mail@levygrandinetti.com

December 31, 2015

**VIA AIR MAIL**

Wangteng
Chikanqu, Zhan Jiang Shi
Guang Dong 524000
China

Re:  Domain Name VCZ.COM
E.D. Va. Civil Action No. 1:15-cv-1723 (AJF/JFA)

Dear Sir or Madam:

Enclosed is the first page of a complaint filed in the United States District Court for the Eastern District of Virginia regarding this domain name. We have sent a full copy of the complaint as filed to you via electronic mail. If you did not receive the ful copy, please let us know.

Pursuant to 15 U.S.C. § 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed *in rem* in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,

Rebecca J. Stempien Coyle

RJSC:elb
Enclosure

**LEVY & GRANDINETTI**
1120 CONNECTICUT AVENUE, N.W., SUITE 304
WASHINGTON, D.C. 20036

TELEPHONE:  (202) 429-4560
FACSIMILE:  (202) 429-4564
E-MAIL:  mail@levygrandinetti.com

December 31, 2015

**VIA AIR MAIL**

Liweiliu
Xin Gang Xi Lu
Guang Zhou Shi
Guang Dong 510000
China

Re:   Domain Name YYG.COM
      E.D. Va. Civil Action No. 1:15-cv-1723 (AJF/JFA)

Dear Sir or Madam:

Enclosed is the first page of a complaint filed in the United States District Court for the Eastern District of Virginia regarding this domain name.  We have sent a full copy of the complaint as filed to you via electronic mail.  If you did not receive the ful copy, please let us know.

Pursuant to 15 U.S.C. § 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed *in rem* in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,

Rebecca J. Stempien Coyle

RJSC:elb
Enclosure

**LEVY & GRANDINETTI**
1120 CONNECTICUT AVENUE, N.W., SUITE 304
WASHINGTON, D.C. 20036

TELEPHONE:  (202) 429-4560
FACSIMILE:  (202) 429-4564
E-MAIL:  mail@levygrandinetti.com

December 31, 2015

**VIA AIR MAIL**

Chenyanglong
Fuzhoushi, Fuzhoushi
Fugijan 100084
China

> Re:   Domain Name ZULIN.COM
>        E.D. Va. Civil Action No. 1:15-cv-1723 (AJF/JFA)

Dear Sir or Madam:

Enclosed is the first page of a complaint filed in the United States District Court for the Eastern District of Virginia regarding this domain name.  We have sent a full copy of the complaint as filed to you via electronic mail.  If you did not receive the ful copy, please let us know.

Pursuant to 15 U.S.C. § 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed *in rem* in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,

Rebecca J. Stempien Coyle

RJSC:elb
Enclosure

**LEVY & GRANDINETTI**
1120 CONNECTICUT AVENUE, N.W., SUITE 304
WASHINGTON, D.C. 20036

TELEPHONE:  (202) 429-4560
FACSIMILE:  (202) 429-4564
E-MAIL:  mail@levygrandinetti.com

December 31, 2015

**VIA AIR MAIL**

Lior Navi
Hanasi 6
Haifa 34323
Israel

> Re:   Domain Name YTE.COM
>        E.D. Va. Civil Action No. 1:15-cv-1723 (AJF/JFA)

Dear Sir or Madam:

Enclosed is the first page of a complaint filed in the United States District Court for the Eastern District of Virginia regarding this domain name.  We have sent a full copy of the complaint as filed to you via electronic mail.  If you did not receive the ful copy, please let us know.

Pursuant to 15 U.S.C. § 1125(d)(2)(A) we are providing you with notice of the Plaintiff's intent to proceed *in rem* in this action.

If you have any facts or law regarding this matter that you believe we should be made aware of, please let us know.

Regards,

Rebecca J. Stempien Coyle

RJSC:elb
Enclosure

# COMPOSITE EXHIBIT 2

## Paul Grandinetti

**From:**         Paul Grandinetti
**Sent:**          Wednesday, January 20, 2016 5:54 PM
**To:**            'gaodade@gmail.com'
**Subject:**       U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723
**Attachments:**   Dkt 3 - Motion for Order to Publish Action.pdf; Dkt 3 - Motion for Order to Publish Action_Proposed
                   Order.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action.pdf; Dkt 4 - Memo in
                   Support of Motion for Order to Publish Action_Coyle Decl with Attachments.pdf; Dkt 5 - Waiver of
                   Hearing for Motion for Order to Publish Action.pdf


Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

## Paul Grandinetti

**From:** Paul Grandinetti
**Sent:** Wednesday, January 20, 2016 6:05 PM
**To:** 'fmhot@126.com'
**Subject:** U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723
**Attachments:** Dkt 3 - Motion for Order to Publish Action.pdf; Dkt 3 - Motion for Order to Publish Action_Proposed Order.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action_Coyle Decl with Attachments.pdf; Dkt 5 - Waiver of Hearing for Motion for Order to Publish Action.pdf

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

## Paul Grandinetti

**From:**       Paul Grandinetti
**Sent:**        Wednesday, January 20, 2016 6:06 PM
**To:**         'gdlzwt@gmail.com'
**Subject:**     U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723
**Attachments:**  Dkt 3 - Motion for Order to Publish Action.pdf; Dkt 3 - Motion for Order to Publish Action_Proposed Order.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action_Coyle Decl with Attachments.pdf; Dkt 5 - Waiver of Hearing for Motion for Order to Publish Action.pdf

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
[mail@levygrandinetti.com](mailto:mail@levygrandinetti.com)

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Wednesday, January 20, 2016 6:10 PM |
| **To:** | 'kf@midai.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723 |
| **Attachments:** | Dkt 3 - Motion for Order to Publish Action.pdf; Dkt 3 - Motion for Order to Publish Action_Proposed Order.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action_Coyle Decl with Attachments.pdf; Dkt 5 - Waiver of Hearing for Motion for Order to Publish Action.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

## Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Wednesday, January 20, 2016 6:10 PM |
| **To:** | 'reeveliu@hotmail.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723 |
| **Attachments:** | Dkt 3 - Motion for Order to Publish Action.pdf; Dkt 3 - Motion for Order to Publish Action_Proposed Order.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action.pdf; Dkt 4 - Memo in Support of Motion for Order to Publish Action_Coyle Decl with Attachments.pdf; Dkt 5 - Waiver of Hearing for Motion for Order to Publish Action.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

# COMPOSITE EXHIBIT 3

**Paul Grandinetti**

---

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Tuesday, February 16, 2016 2:13 PM |
| **To:** | 'gaodade@gmail.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Notice of Publication |
| **Attachments:** | Dtk 7 - Coyle Declaration in Support of Publication.pdf; Dtk 7 - Notice of Declaration in Support of Publication.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Tuesday, February 16, 2016 2:27 PM |
| **To:** | 'fmhot@126.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Notice of Publication |
| **Attachments:** | Dtk 7 - Coyle Declaration in Support of Publication.pdf; Dtk 7 - Notice of Declaration in Support of Publication.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Tuesday, February 16, 2016 2:28 PM |
| **To:** | 'gdlzwt@gmail.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Notice of Publication |
| **Attachments:** | Dtk 7 - Coyle Declaration in Support of Publication.pdf; Dtk 7 - Notice of Declaration in Support of Publication.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Tuesday, February 16, 2016 2:32 PM |
| **To:** | 'reeveliu@hotmail.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Notice of Publication |
| **Attachments:** | Dtk 7 - Coyle Declaration in Support of Publication.pdf; Dtk 7 - Notice of Declaration in Support of Publication.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Tuesday, February 16, 2016 2:32 PM |
| **To:** | 'kf@midai.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Notice of Publication |
| **Attachments:** | Dtk 7 - Coyle Declaration in Support of Publication.pdf; Dtk 7 - Notice of Declaration in Support of Publication.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

# COMPOSITE EXHIBIT 4

## Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, February 25, 2016 3:48 PM |
| **To:** | 'gaodade@gmail.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Request for Entry of Clerk's Default |
| **Attachments:** | Dkt 9 - Decl in Support.pdf; Dkt 9 - Request Entry Default.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

## Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, February 25, 2016 3:53 PM |
| **To:** | 'gdlzwt@gmail.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Request for Entry of Clerk's Default |
| **Attachments:** | Dkt 9 - Request Entry Default.pdf; Dkt 9 - Decl in Support.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

**Paul Grandinetti**

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, February 25, 2016 3:53 PM |
| **To:** | 'fmhot@126.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Request for Entry of Clerk's Default |
| **Attachments:** | Dkt 9 - Request Entry Default.pdf; Dkt 9 - Decl in Support.pdf |

Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

## Paul Grandinetti

**From:** Paul Grandinetti
**Sent:** Thursday, February 25, 2016 3:54 PM
**To:** 'kf@midai.com'
**Subject:** U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Request for Entry of Clerk's Default
**Attachments:** Dkt 9 - Request Entry Default.pdf; Dkt 9 - Decl in Support.pdf


Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC

## Paul Grandinetti

| | |
|---|---|
| **From:** | Paul Grandinetti |
| **Sent:** | Thursday, February 25, 2016 3:55 PM |
| **To:** | 'reeveliu@hotmail.com' |
| **Subject:** | U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:15-cv-1723, Request for Entry of Clerk's Default |
| **Attachments:** | Dkt 9 - Request Entry Default.pdf; Dkt 9 - Decl in Support.pdf |


Dear Sirs:

Please see the attached.

Regards,
Rebecca Stempien Coyle

Levy & Grandinetti
1120 Connecticut Ave NW
Suite 304
Washington DC 20036

Tel. (202) 429-4560
Fac. (202) 429-4564
mail@levygrandinetti.com

Attorneys for Plaintiff
Associated Recovery, LLC