IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15cv1723 (AJT/JFA) |
| ) | |
| JOHN DOES 1–44, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

On Friday, March 18, 2016, counsel for the parties appeared before the court to present argument on defendants fny.com, vcz.com, yrn.com, yyg.com, zhd.com, and zulin.com's ("the defendants") Motion to Set Aside the Entry of Default (Docket no. 13). Upon consideration of the motion, the memorandum in support (Docket no. 14), plaintiff's memorandum in opposition (Docket no. 21), and defendants' reply (Docket no. 25) and for the reasons stated from the bench, it is hereby

ORDERED that the defendants' Motion to Set Aside the Entry of Default is granted. Accordingly, defendants fny.com, vcz.com, yrn.com, yyg.com, zhd.com, and zulin.com shall have until March 25, 2016 to file and serve a responsive pleading to the complaint.

Entered this 18th day of March, 2016.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia