IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 1:15-cv-01723-AJT-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-44, | ) | |
| | ) | |
| *Defendants in rem.* | ) | |

In re:

| 744.COM | KXW.COM | UHW.COM | YJX.COM |
|---|---|---|---|
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**CERTAIN DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR FAILURE TO JOIN A NECESSARY PARTY, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

Defendants Jinwu Chen (meq.com), Xumin Huang (yjr.com), Feng Lu (sqg.com, xsg.com, zdp.com, ycx.com), Yuhua Jiang (yqp.com, ygx.com, qmh.com, yqt.com), Zhilong Chu (pixie.com), Yaoguang Zhu (028.com), Yanbin Li (wyd.com), Yu Lin (kxw.com), Xiaofeng Lin (kmq.com, xaq.com, kxq.com, lnm.com, kgj.com), Genjing Zhen (luohe.com), Xiaoying Li (zzm.com, xff.com), Liwei Liu (yyg.com), Dongdong Xu (yrn.com), Teng Wang (vcz.com),

Yang Gao (fny.com), Xiaohang Shen (zhd.com), and Feng Yan (zulin.com) (collectively "Certain Defendants"), by counsel, hereby request pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(a), that the Court dismiss the complaint, or in the alternative, transfer the case to the United States District Court for the Northern District of Texas. The basis for this motion is set forth more fully in the accompanying Memorandum in Support of Motion to Dismiss Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue.

Counsel for Certain Defendants met and conferred with counsel for Plaintiff in person on March 18, 2015 and by email earlier this week regarding the relief requested in this Motion, and the parties were unable to narrow the areas of disagreement.

WHEREFORE, Certain Defendants respectfully request that the Court grant this Motion.

| | |
|---|---|
| Dated:  March 25, 2016 | Respectfully submitted, |
| | |
| | */s/ Eric Y. Wu* |
| | Lora A. Brzezynski, VSB No. 36151 |
| | Claire M. Maddox, VSB No. 71230 |
| Of Counsel: | Eric Y. Wu, VSB No. 82829 |
| | Dentons US LLP |
| Steven M. Geiszler | 1900 K Street, NW |
| Zunxuan D. Chen | Washington, DC  20006 |
| Dentons US LLP | 202-496-7500 (phone) |
| 2000 McKinney Avenue | 202-496-7756 (fax) |
| Suite 1900 | lora.brzezynski@dentons.com |
| Dallas, TX 75201-1858 | claire.maddox@dentons.com |
| 214-259-0900 (phone) | eric.wu@dentons.com |
| 214-259-0910 (fax) | |
| steven.geiszler@dentons.com | *Counsel for Domain Names 028.com,* |
| digger.chen@dentons.com | *fny.com, kgj.com, kmq.com, kxq.com,* |
| | *kxw.com, lnm.com, luohe.com, meq.com,* |
| | *pixie.com, qmh.com, sqg.com, vcz.com,* |
| | *wyd.com, xaq.com, xff.com, xsg.com,* |
| | *ycx.com, ygx.com, yjr.com, yqp.com, yqt.com,* |
| | *yrn.com, yyg.com, zdp.com, zhd.com,* |
| | *zulin.com, zzm.com and Defendants Jinwu* |
| | *Chen, Xumin Huang, Feng Lu, Yuhua Jiang,* |
| | *Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu* |
| | *Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying* |
| | *Li, Liwei Liu, Dongdong Xu, Teng Wang,* |
| | *Yang Gao, Xiaohang Shen, Feng Yan* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of March 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Rebecca J. Stempien Coyle (VSB 71483)
Levy & Grandinetti
Suite 304
1120 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 429-4560
Fax: (202) 429-4564
mail@levygrandinetti.com

*Counsel for Associated Recovery, LLC*

*/s/ Eric Y. Wu*
Eric Y. Wu, VSB No. 82829
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
202-496-7500 (phone)
202-496-7756 (fax)
eric.wu@dentons.com

*Counsel for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan*