IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 1:15-cv-01723-AJT-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-44, | ) | |
| | ) | |
| *Defendants in rem.* | ) | |

In re:

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**DECLARATION OF ERIC Y. WU IN SUPPORT OF CERTAIN DEFENDANTS' REPLY
TO PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO
DISMISS COMPLAINT FOR FAILURE TO JOIN A NECESSARY PARTY,
OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

I, Eric Y. Wu, declare as follows:

1.      I am an attorney in the Washington, DC office of the law firm of Dentons US LLP, which represents certain of the domain names in this Action.  I am a member of the Bar of the District of Columbia and the Bar of Virginia.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      Attached to this declaration as Exhibit I are true and correct copies of Motion of Plaintiff's Counsel to Withdraw, *Associated Recovery, LLC v. Butcher*, No. 2:16-cv-126 (E.D. Tex. Mar. 25, 2016), ECF No. 4 and Joint Declaration of Michael Halla and Steven Rinehart, *Associated Recovery, LLC v. Butcher*, No. 2:16-cv-126 (E.D. Tex. Mar. 25, 2016), ECF No. 4-4 .


I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2016.


_____
Eric Y. Wu

1