# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**Marshall Division**

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, a Wyoming limited liability company;  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>LINDA BUTCHER, an individual; et al.  )<br>)<br>Defendants.  )<br>_____ ) | Case No.: 2:16-CV-00126<br><br>Judge Rodney Gilstrap |

**MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW**

Comes now counsel of record for Plaintiff Associated Recovery, LLC ("Counsel") and respectfully seek leave from the Court to withdraw as counsel for Plaintiff pursuant to Local Rule CV-11(c).  This motion is supported by an accompanying memorandum and affidavit of counsel.  The Complaint commencing the case has been filed, but no Defendants to the action have appeared or been served.  As such, there are currently no Defendants who might be prejudiced by this withdrawal.

Respectfully submitted this the 21st day of March 2016.

By:_____/michael halla/_____
Michael B. Halla
THE HALLA LAW FIRM, PLLC
Texas Bar No. 24010082
18383 Preston Rd.
Suite 110
Dallas, Texas 75252
Tel: (214) 473-5551
Fax: (972) 805-0929
mhalla@hallalawfirm.com

                /s/
By:_____
Steven Rinehart
VESTED LAW, PC
Admitted in the Eastern District of Texas (February 18, 2016)
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Tel: 888-941-9933
Fax: 801-665-1292
srinehart@vestedlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this _25_ day of March, 2016, a true and correct copy of the foregoing MOTION TO WITHDRAW was served by the following method(s) on the person(s) indicated below:

| | |
|---|---|
| All parties having appeared in the case. | \_\_\_\_\_ US Mail, Postage Prepaid <br><br> \_\_\_\_\_ Facsimile <br><br> \_\_\_\_\_ Hand-Delivery <br><br> \_\_\_\_\_ Federal Express <br><br> __X__ Electronically (ECF/PACER) |

/michael halla/

Michael Halla

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**Marshall Division**

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, a Wyoming limited liability company; ) ) ) | |
| Plaintiff, ) | Case No.: 2:16-CV-00126 |
| v. ) ) | Judge Rodney Gilstrap |
| LINDA BUTCHER, an individual; et al. ) ) | |
| Defendants. ) ) | |

**JOINT DECLARATION OF MICHAEL HALLA AND STEVEN RINEHART**

We, Michael Halla and Steven Rinehart, under penalty of perjury declare as follows:

1. I, Michael Halla, am a licensed attorney in the State of Texas, Texas Bar No. 24010082, and admitted to practice in the Eastern District of Texas.

2. I, Steven Rinehart, am a licensed attorney in the State of Utah, and admitted in the Eastern District of Texas as of February 16, 2016.

3. On, or about, February 4, 2016, we were retained by Associated Recovery, LLC to commence this action, which was promptly commenced at client request.

4. The present case was filed on February 8, 2016, and has not yet been served.

5. On March 18th, 21st and 23rd of 2016, we conferred with Plaintiff Associated Recovery, LLC about our need to withdraw as counsel in this case. We advised Plaintiff that it has only 90 days to serve the Complaint, and that Plaintiff would need to quickly seek to find replacement counsel and serve the case within the requisite time.

6. We advised Plaintiff of the reasons for our withdrawal, and believe that Plaintiff understands those reasons.

So declareth and sayeth the declarants.

By: \_\_\_\_\_/michael halla/_____
Michael B. Halla
THE HALLA LAW FIRM, PLLC
Texas Bar No. 24010082
18383 Preston Rd.
Suite 110
Dallas, Texas 75252
Tel: (214) 473-5551
Fax: (972) 805-0929
mhalla@hallalawfirm.com

By: /s/ _____
Steven Rinehart
VESTED LAW, PC
Admitted in the Eastern District of Texas (February 18, 2016)
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Tel: 888-941-9933
Fax: 801-665-1292
srinehart@vestedlaw.com