## ** CIVIL MOTION MINUTES **

Date: **4/15/2016**                                    Judge:  **Trenga**
                                                       Reporter:  **R. Montgomery**
Time: **10:36 – 10:50**


Civil Action Number: **1:15-CV-1723**

**ASSOCIATED RECOVERY, LLC**

vs.

**JOHN DOES 1 – 44, et al**


Appearances of Counsel for [**X**] Plaintiff   [**X**] Defendant

Motion to/for:
Motion to Dismiss Complaint for Failure to Join a Necessary Party [30] by deft.
Motion to Dismiss Complaint for Failure to Join a Necessary Party [31] by deft.

Argued &
(**X**) Granted     ( ) Denied     ( ) Granted in part/Denied in part
( ) Taken Under Advisement      ( ) Continued to

This case is to be transferred to the Northern District of Texas, except for those defendant's that plaintiff's motion for default judgment is still pending .


(**X**) Order to Follow

Pltf.:   Rebecca Stempien Coyle               Deft.: Lora Brzezynski
         Brandi Brenner