IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ASSOCIATED RECOVERY, LLC, )
)
      Plaintiff, )
)
v. )   Civil Action No. 1:15-cv-1723 (AJT/JFA)
)
JOHN DOES 1 – 44, et al., )
)
      Defendants. )
)

## ORDER

On Friday, April 15, 2016 the Court held a hearing on Certain Defendants' Motion to Dismiss or in the Alternative to Transfer Venue [Doc. Nos. 30, 31] (the "Motion"). Upon consideration of the Motion, the memoranda of law in support thereof and in opposition thereto, the representations of counsel, and for the reasons stated in open court during the April 15, 2016 hearing, it is hereby

ORDERED that Certain Defendants' Motion [Doc. Nos. 30, 31] be, and the same hereby is, GRANTED and this case is TRANSFERRED as to the Certain Defendants to the United States District Court for the Northern District of Texas, and shall otherwise remain in this District as to those defendants against whom plaintiff's Motion for Default Judgment is still pending. *See* [Doc. Nos. 16, 27].

The Clerk is directed to forward a copy of this Order to all counsel of record.

                                                            /s/
                                          Anthony J. Trenga
                                          United States District Judge

Alexandria, Virginia
April 15, 2016