Case 3:16-cv-01025-L   Document 41   Filed 04/15/16   Page 1 of 11   PageID 686 COPYRIGHT

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:15–cv–01723–AJT–JFA

| | |
|---|---|
| Associated Recovery, LLC v. John Does 1–44 et al | Date Filed: 12/31/2015 |
| Assigned to: District Judge Anthony J Trenga | Jury Demand: None |
| Referred to: Magistrate Judge John F. Anderson | Nature of Suit: 840 Trademark |
| Cause: 15:1125 Trademark (Anticybersquatting consumer protection) | Jurisdiction: Federal Question |

**Plaintiff**

**Associated Recovery, LLC**   represented by   **Rebecca Jean Stempien**
Levy &Grandinetti
1156 Fifteenth Street, N.W.
Suite 603
Washington, DC 20005
(202) 429–4560
Fax: (202) 429–4564
Email: mail@levygrandinetti.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1–44**   represented by   **Claire Molle Maddox**
McKenna Long &Aldridge LLP (DC)
1900 K St NW
Washington, DC 20006
202–496–7500
Fax: 202–496–7756
Email: claire.maddox@dentons.com
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
McKenna Long &Aldridge LLP (DC)
1900 K St N.W.
Washington, DC 20006
202–496–7500
Fax: 202–496–7756
Email: eric.wu@dentons.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**744.com**

**Defendant**

**028.com**   represented by   **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)

**Defendant**

**3DCAMERA.COM**

**Defendant**

| | | |
|---|---|---|
| **FNY.COM** | represented by | **Claire Molle Maddox** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Eric Yu–Dar Wu** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **FX2.COM** | represented by | **Claire Molle Maddox** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**FXF.COM**

**Defendant**

**JTZ.COM**

**Defendant**

| | | |
|---|---|---|
| **KGJ.COM** | represented by | **Claire Molle Maddox** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Eric Yu–Dar Wu** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **KMQ.COM** | represented by | **Claire Molle Maddox** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Eric Yu–Dar Wu** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**KOU.COM**

**Defendant**

| | | |
|---|---|---|
| **KXQ.COM** | represented by | **Claire Molle Maddox** (See above for address) |

        **Eric Yu–Dar Wu**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**KXW.COM**     represented by  **Claire Molle Maddox**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Eric Yu–Dar Wu**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**LNM.COM**     represented by  **Claire Molle Maddox**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Eric Yu–Dar Wu**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**LUOHE.COM**     represented by  **Claire Molle Maddox**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Eric Yu–Dar Wu**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**OCU.COM**

**Defendant**

**PIXIE.COM**     represented by  **Claire Molle Maddox**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Eric Yu–Dar Wu**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**QMH.COM**     represented by  **Claire Molle Maddox**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Eric Yu–Dar Wu**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**RUTEN.COM**

**Defendant**

**SDU.COM**

**Defendant**

**SQG.COM**                                          represented by   **Claire Molle Maddox**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Eric Yu–Dar Wu**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**TAOLV.COM**                                        represented by   **Claire Molle Maddox**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**UHW.COM**

**Defendant**

**VCZ.COM**                                          represented by   **Claire Molle Maddox**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Eric Yu–Dar Wu**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**VGJ.COM**

**Defendant**

**WYD.COM**                                          represented by   **Claire Molle Maddox**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Eric Yu–Dar Wu**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**XAQ.COM**                                          represented by

(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**XFF.COM**  represented by  **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**XSG.COM**  represented by  **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**YEY.COM**

**Defendant**

**YGX.COM**  represented by  **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**YJR.COM**  represented by  **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**YJX.COM**

**Defendant**

**Defendant**

**YQP.COM**                                                                 represented by **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**YQT.COM**                                                                 represented by **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**YRN.COM**                                                                 represented by **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**YTE.COM**

**Defendant**

**YYG.COM**                                                                 represented by **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ZDP.COM**                                                                 represented by **Claire Molle Maddox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Yu–Dar Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Eric Yu–Dar Wu**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**ZULIN.COM**                                                represented by   **Claire Molle Maddox**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Eric Yu–Dar Wu**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**ZZM.COM**                                                represented by   **Claire Molle Maddox**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Eric Yu–Dar Wu**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**MEQ.com**                                              represented by   **Eric Yu–Dar Wu**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**YCX.com**                                               represented by   **Eric Yu–Dar Wu**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2015 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 400, receipt number 14683056200.), filed by Associated Recovery, LLC. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet, # 3 Receipt)(dvanm, ) (Entered: 01/04/2016) |
| 12/31/2015 | Ï 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Associated Recovery, LLC. (dvanm, ) (Entered: 01/04/2016) |
| 01/20/2016 | Ï 3 | MOTION for Service by Publication by Associated Recovery, LLC. (Attachments: # 1 Proposed Order)(Stempien, Rebecca) (Entered: 01/20/2016) |
| 01/20/2016 | Ï 4 | Memorandum in Support re 3 MOTION for Service by Publication filed by Associated Recovery, LLC. (Attachments: # 1 Affidavit Coyle Declaration in Support with Attachments)(Stempien, Rebecca) (Entered: 01/20/2016) |

| | | |
|---|---|---|
| 01/20/2016 | 5 | Waiver of re 3 MOTION for Service by Publication by Associated Recovery, LLC (Stempien, Rebecca) (Entered: 01/20/2016) |
| 01/27/2016 | 6 | ORDER granting 3 Motion for Service by Publication. Signed by Magistrate Judge John F. Anderson on 1/27/2016. (dvanm, ) (Entered: 01/27/2016) |
| 02/16/2016 | 7 | NOTICE by Associated Recovery, LLC re 6 Order on Motion for Service by Publication (Attachments: # 1 Coyle Declaration in Support with Exhibit A)(Stempien, Rebecca) (Entered: 02/16/2016) |
| 02/24/2016 | 8 | Consent MOTION for Extension of Time to File Answer re 1 Complaint by 028.com, FX2.COM, John Does 1–44, KGJ.COM, KMQ.COM, KXQ.COM, KXW.COM, LNM.COM, LUOHE.COM, PIXIE.COM, QMH.COM, SQG.COM, TAOLV.COM, WYD.COM, XAQ.COM, XFF.COM, XSG.COM, YGX.COM, YJR.COM, YQP.COM, YQT.COM, ZDP.COM, ZZM.COM. (Maddox, Claire) (Entered: 02/24/2016) |
| 02/25/2016 | 9 | Request for Entry of Default as to *744.com, 3dcamera.com, fny.com, fxf.com, jtz.com, kou.com, ocu.com, ruten.com, sdu.com, uhw.com, vcz.com, vgj.com, yey.com, yjx.com, ylz.com, yrn.com, yte.com, yyg.com, zhd.com, and zulin.com* by Associated Recovery, LLC. (Attachments: # 1 Declaration in Support)(Stempien, Rebecca) (Entered: 02/25/2016) |
| 02/26/2016 | 10 | Clerk's ENTRY OF DEFAULT as to 3DCAMERA.COM, 744.com, FNY.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM, UHW.COM, VCZ.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, YRN.COM, YTE.COM, YYG.COM, ZHD.COM, ZULIN.COM (dvanm, ) (Entered: 02/26/2016) |
| 02/29/2016 | 11 | ORDER granting 8 Motion for Extension of Time to Answer. ORDERED that Defendants file their responses to Plaintiff's Complaint on or before March 25, 2016. Signed by Magistrate Judge John F. Anderson on 02/29/2016. (wgar, ) (Entered: 02/29/2016) |
| 02/29/2016 | 12 | Amended Clerk's ENTRY OF DEFAULT as to 3DCAMERA.COM, 744.com, FNY.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM, UHW.COM, VCZ.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, YRN.COM, YTE.COM, YYG.COM, ZHD.COM, ZULIN.COM (dvanm, ) (Entered: 02/29/2016) |
| 03/04/2016 | 13 | MOTION to Set Aside Default by FNY.COM, VCZ.COM, YRN.COM, YYG.COM, ZHD.COM, ZULIN.COM. (Maddox, Claire) (Entered: 03/04/2016) |
| 03/04/2016 | 14 | Memorandum in Support re 13 MOTION to Set Aside Default filed by FNY.COM, VCZ.COM, YRN.COM, YYG.COM, ZHD.COM, ZULIN.COM. (Attachments: # 1 Chen Declaration in Support)(Maddox, Claire) (Entered: 03/04/2016) |
| 03/04/2016 | 15 | Notice of Hearing Date set for 3/11/2015 re 13 MOTION to Set Aside Default (Maddox, Claire) (Entered: 03/04/2016) |
| 03/04/2016 | 16 | MOTION for Default Judgment as to *744.COM, 3DCAMERA.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM, UHW.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, and YTE.COM* by Associated Recovery, LLC. (Stempien, Rebecca) (Entered: 03/04/2016) |
| 03/04/2016 | 17 | Memorandum in Support re 16 MOTION for Default Judgment as to *744.COM, 3DCAMERA.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM, UHW.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, and YTE.COM* filed by Associated Recovery, LLC. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Stempien, Rebecca) (Entered: 03/04/2016) |
| 03/04/2016 | 18 | Notice of Hearing Date set for 03/25/2016 re 16 MOTION for Default Judgment as to *744.COM, 3DCAMERA.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM,* |

| | | |
|---|---|---|
| | | *UHW.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, and YTE.COM*, 17 Memorandum in Support, (Stempien, Rebecca) (Entered: 03/04/2016) |
| 03/07/2016 | Ï | Set Deadlines as to 13 MOTION to Set Aside Default . Motion Hearing set for 3/11/2016 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 03/07/2016) |
| 03/07/2016 | Ï | Set Deadlines as to 16 MOTION for Default Judgment as to *744.COM, 3DCAMERA.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM, UHW.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, and YTE.COM*. Motion Hearing set for 3/25/2016 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 03/07/2016) |
| 03/07/2016 | Ï | MOTIONS REFERRED to Magistrate Judge: Anderson. 16 MOTION for Default Judgment as to *744.COM, 3DCAMERA.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM, UHW.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, and YTE.COM*, 13 MOTION to Set Aside Default (clar, ) (Entered: 03/07/2016) |
| 03/09/2016 | Ï 19 | Consent MOTION to Continue *Hearing Date on Certain Defendants' Motion to Set Aside Entry of Default* by Associated Recovery, LLC. (Attachments: # 1 Proposed Order)(Stempien, Rebecca) (Entered: 03/09/2016) |
| 03/09/2016 | Ï 20 | ORDER granting 19 Motion to Continue. ORDERED that the hearing on Certain Defendants' Motion to Set Aside Entry of Default is **CONTINUED** until **10:00 A.M. on March 18, 2016,** at the United States Courthouse for the Alexandria Division of the Eastern District of Virginia. Signed by Magistrate Judge John F. Anderson on 03/09/2016. (wgar, ) (Entered: 03/09/2016) |
| 03/09/2016 | Ï | Reset Deadlines as to 13 MOTION to Set Aside Default . Motion Hearing set for 3/18/2016 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (wgar, ) (Entered: 03/09/2016) |
| 03/09/2016 | Ï 21 | RESPONSE in Opposition re 13 MOTION to Set Aside Default filed by Associated Recovery, LLC. (Attachments: # 1 Declaration in Support with Exhibits 1 through 4)(Stempien, Rebecca) (Entered: 03/09/2016) |
| 03/15/2016 | Ï 22 | Motion to appear Pro Hac Vice by Paul Grandinetti and Certification of Local Counsel Rebecca J. Stempien Coyle Filing fee $ 75, receipt number 0422–4901004. by Associated Recovery, LLC. (Stempien, Rebecca) (Entered: 03/15/2016) |
| 03/16/2016 | Ï 23 | REPLY to Response to Motion re 13 MOTION to Set Aside Default filed by FNY.COM, VCZ.COM, YRN.COM, YYG.COM, ZHD.COM, ZULIN.COM. (Wu, Eric) (Entered: 03/16/2016) |
| 03/16/2016 | Ï 24 | ORDER granting 22 Motion for Pro hac vice. Signed by District Judge Anthony J Trenga on 3/16/2016. (dvanm, ) (Entered: 03/16/2016) |
| 03/16/2016 | Ï 25 | REPLY to Response to Motion re 13 MOTION to Set Aside Default *(Corrected)* filed by FNY.COM, VCZ.COM, YRN.COM, YYG.COM, ZHD.COM, ZULIN.COM. (Wu, Eric) (Entered: 03/16/2016) |
| 03/18/2016 | Ï 26 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Motion Hearing held on 3/18/2016 re 13 MOTION to Set Aside Default filed by ZHD.COM, FNY.COM, YRN.COM, ZULIN.COM, YYG.COM, VCZ.COM. Appearances of counsel for plaintiff and defendants. Motion argued and 13 MOTION to Set Aside Default – GRANTED. Order to follow. (Tape #FTR.)(wgar, ) (Entered: 03/18/2016) |
| 03/18/2016 | Ï 27 | ORDER, for the reasons stated from the bench, granting 13 Motion to Set Aside Default. ORDERED, defendants fny.com, vcz.com, yrn.com, yyg.com, zhd.com, and zulin.com shall have |

| | | |
|---|---|---|
| | | until March 25, 2016 to file and serve a responsive pleading to the complaint. Signed by Magistrate Judge John F. Anderson on 03/18/2016. (wgar, ) (Entered: 03/18/2016) |
| 03/25/2016 | 28 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Motion Hearing held on 3/25/2016 re 16 MOTION for Default Judgment as to *744.COM, 3DCAMERA.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM, UHW.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, and YTE.COM* filed by Associated Recovery, LLC. Appearance of counsel for plaintiff. Matter is uncontested. Report and Recommendation to follow. (Tape #FTR.)(wgar, ) (Entered: 03/25/2016) |
| 03/25/2016 | 29 | PROPOSED FINDINGS OF FACT AND RECOMMENDATIONS re 16 MOTION for Default Judgment as to *744.COM, 3DCAMERA.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM, UHW.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, and YTE.COM* filed by Associated Recovery, LLC Objections to RRdue by 4/11/2016. Signed by Magistrate Judge John F. Anderson on 3/25/16. (gwalk, ) (Entered: 03/25/2016) |
| 03/25/2016 | 30 | MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue* by 028.com, FNY.COM, John Does 1–44, KGJ.COM, KMQ.COM, KXQ.COM, KXW.COM, LNM.COM, LUOHE.COM, MEQ.com, PIXIE.COM, QMH.COM, SQG.COM, VCZ.COM, WYD.COM, XFF.COM, XSG.COM, YCX.com, YGX.COM, YJR.COM, YQP.COM, YQT.COM, YRN.COM, YYG.COM, ZDP.COM, ZHD.COM, ZULIN.COM, ZZM.COM. (Wu, Eric) (Entered: 03/25/2016) |
| 03/25/2016 | 31 | MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue* by XAQ.COM. (Wu, Eric) (Entered: 03/25/2016) |
| 03/25/2016 | 32 | Memorandum in Support re 30 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue*, 31 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue* filed by 028.com, FNY.COM, John Does 1–44, KGJ.COM, KMQ.COM, KXQ.COM, KXW.COM, LNM.COM, LUOHE.COM, MEQ.com, PIXIE.COM, QMH.COM, SQG.COM, VCZ.COM, WYD.COM, XAQ.COM, XFF.COM, XSG.COM, YCX.com, YGX.COM, YJR.COM, YQP.COM, YQT.COM, YRN.COM, YYG.COM, ZDP.COM, ZHD.COM, ZULIN.COM, ZZM.COM. (Attachments: # 1 Wu Declaration in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Wu, Eric) (Entered: 03/25/2016) |
| 03/25/2016 | 33 | Notice of Hearing Date set for 4/15/2016 re 30 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue*, 31 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue* (Wu, Eric) (Entered: 03/25/2016) |
| 03/28/2016 | | Set Deadlines as to 31 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue*, 30 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue*. Motion Hearing set for 4/15/2016 at 10:00 AM in Alexandria Courtroom 701 before District Judge Anthony J Trenga. (clar, ) (Entered: 03/28/2016) |
| 03/28/2016 | 34 | SCHEDULING ORDER:<br>Initial Pretrial Conference set for 4/20/2016 at 11:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson.<br>Final Pretrial Conference set for 8/18/2016 at 10:00 AM in Alexandria Courtroom 701 before District Judge Anthony J Trenga.<br>Discovery due by 8/12/2016.<br>Signed by District Judge Anthony J Trenga on 3/28/2016.<br>(jall) (Additional attachment(s) added on 3/28/2016: # 1 magistrate consent, # 2 pretrial notice) (jall, ). (Entered: 03/28/2016) |

| 03/29/2016 | 35 | NOTICE by Associated Recovery, LLC re 29 REPORT AND RECOMMENDATIONS re 16 MOTION for Default Judgment as to *744.COM, 3DCAMERA.COM, FXF.COM, JTZ.COM, KOU.COM, OCU.COM, RUTEN.COM, SDU.COM, UHW.COM, VGJ.COM, YEY.COM, YJX.COM, YLZ.COM, and YTE.COM* filed by Associated Recovery, LLC *of Service of Proposed Findings of Fact and Recommendations* (Attachments: # 1 Exhibit A – Certificate of Service of Proposed Findings of Fact and Recommendations)(Stempien, Rebecca) (Entered: 03/29/2016) |
|---|---|---|
| 04/05/2016 | 36 | Memorandum in Opposition re 30 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue*, 31 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue* filed by Associated Recovery, LLC. (Stempien, Rebecca) (Entered: 04/05/2016) |
| 04/11/2016 | 37 | REPLY to Response to Motion re 30 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue*, 31 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue* filed by 028.com, FNY.COM, John Does 1–44, KGJ.COM, KMQ.COM, KXQ.COM, KXW.COM, LNM.COM, LUOHE.COM, MEQ.com, PIXIE.COM, QMH.COM, SQG.COM, VCZ.COM, WYD.COM, XAQ.COM, XFF.COM, XSG.COM, YCX.com, YGX.COM, YJR.COM, YQP.COM, YQT.COM, YRN.COM, YYG.COM, ZDP.COM, ZHD.COM, ZULIN.COM, ZZM.COM. (Attachments: # 1 Wu Declaration in Support, # 2 Exhibit I)(Wu, Eric) (Entered: 04/11/2016) |
| 04/13/2016 | 38 | *Joint* Discovery Plan by Associated Recovery, LLC.(Stempien, Rebecca) (Entered: 04/13/2016) |
| 04/15/2016 | 39 | Minute Entry for proceedings held before District Judge Anthony J Trenga: Motion Hearing held on 4/15/2016 re 30 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue* filed by 028.com, KXW.COM, KMQ.COM, YQT.COM, FNY.COM, YJR.COM, John Does 1–44, LNM.COM, MEQ.com, YCX.com, QMH.COM, PIXIE.COM, KXQ.COM, ZZM.COM, WYD.COM, YGX.COM, YRN.COM, KGJ.COM, YYG.COM, LUOHE.COM, ZDP.COM, YQP.COM, VCZ.COM, ZHD.COM, SQG.COM, ZULIN.COM, XSG.COM, XFF.COM, and 31 MOTION to Dismiss *Complaint for Failure to Join a Necessary Party, or in the Alternative, to Transfer Venue* filed by XAQ.COM. Appearances of Counsel for Pltf. and Deft. Motions argued and GRANTED. This case is to be transferred to the Northern District of Texas, except for those defendants that plaintiffs motion for default judgment is still pending. Order to follow. (Court Reporter R. Montgomery.) (jall) (Entered: 04/15/2016) |
| 04/15/2016 | 40 | ORDER granting 30 Motion to Dismiss; granting 31 Motion to Dismiss: On Friday, April 15, 2016 the Court held a hearing on Certain Defendants' Motion to Dismiss or in the Alternative to Transfer Venue [Doc. Nos. 30, 31] (the 'Motion"). Upon consideration of the Motion, the memoranda of law in support thereof and in opposition thereto, the representations of counsel, and for the reasons stated in open court during the April 15, 2016 hearing, it is hereby ORDERED that Certain Defendants' Motion [Doc. Nos. 30, 31] be, and the same hereby is, GRANTED and this case is TRANSFERRED as to the Certain Defendants to the United States District Court for the Northern District of Texas, and shall otherwise remain in this District as to those defendants against whom plaintiffs Motion for Default Judgment is still pending. See [Doc. Nos. 16,27]. Signed by District Judge Anthony J Trenga on 4/15/2016. (jall) (Entered: 04/15/2016) |