IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

    Plaintiff,

v.

**JOHN DOES 1-44,**

    Defendants *in rem*.

No. 3:16-CV-1025-N-BN

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**NOTICE OF ATTORNEY APPEARANCE**

    Please take notice that the following attorney is admitted to this Court and hereby enters his appearance in this matter as counsel of record for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin,

Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan.  Counsel consents to electronic service of all papers in this action.

        Steven M. Geiszler
        Texas Bar No. 24032227
        DENTONS US LLP
        2000 McKinney Avenue, Suite 1900
        Dallas, Texas 75201-1858
        Telephone:  (214) 259-0900
        Facsimile:   (214) 259-0910
        steven.geiszler@dentons.com

Dated:  April 18, 2016                                              Respectfully submitted

                                                                    By: */s/ Steven M. Geiszler*

*Of Counsel:*                                                        Steven M. Geiszler
Lora A. Brzezynski                                                   Texas Bar No. 24032227
Claire M. Maddox                                                     Zunxuan D. Chen
Eric Y. Wu                                                           Texas Bar No. 24059564
DENTONS US LLP                                                       DENTONS US LLP
1900 K Street, NW                                                    2000 McKinney Avenue, Suite 1900
Washington, DC 20006                                                 Dallas, Texas 75201-1858
202-496-7500 (phone)                                                 T: (214) 259-0900
202-496-7756 (fax)                                                   F: (214) 259-0910
lora.brzezynski@dentons.com                                          steven.geiszler@dentons.com
claire.maddox@dentons.com                                            digger.chen@dentons.com
eric.wu@dentons.com

*Counsel for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

                                                                    */s/ Steven M. Geiszler*
                                                                    Steven M. Geiszler

96278965