IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

    Plaintiff,

v.

**JOHN DOES 1-44,**

    Defendants *in rem*.

No. 3:16-CV-1025-N-BN

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

## NOTICE OF RELATED CASES

Please take notice that—to the best of the Defendants' knowledge, information, and belief, formed after an inquiry reasonable under the circumstances—the case currently before the Court arises from a common nucleus of operative facts with the following cases:

*Netsphere, Inc. v. Baron*, No. 3:09-CV-0988-L (N.D. Tex.) (Lindsay, J.) (administratively closed on Mar. 27, 2015). In a March 27, 2015 Order, **Judge Lindsay** wrote:

> The court shall retain **exclusive jurisdiction** of this case over any disputes that may arise concerning this or any earlier order, the wind down of the Receivership

>estate, and the relief provided under this order, or any controversy that arises from or relates to the Receivership or actions of the Receiver or his professionals.

No. 3:09-CV-0988-L, Dkt. 1447, at 21.[1]  The Internet domain names at issue in the case at bar were sold through a receivership established in the *Netsphere* litigation.  *See* Complaint at ¶¶ 240-247 (No. 3:16-CV-1025-N-BN, Dkt. 1).

*Baron v. Vogel*, No. 3:15-cv-232-L (N.D. Tex.) (Lindsay, J.) (dismissed with prejudice on Mar. 31, 2016).  On March 31, 2016, **Judge Lindsay** granted a Rule 12(b)(6) motion to dismiss that case.  No. 3:15-cv-232-L, Dkt. 49.  The defendants removed the *Baron* case from Texas state court to Judge Lindsay at least in part because of the above-quoted Order in *Netsphere*, by which Judge Lindsay retained exclusive jurisdiction over matters stemming from that case.  *Id.* at 5.  In his March 31st Memorandum Opinion and Order, Judge Lindsay reaffirmed exclusive jurisdiction.  *Id.*

---

[1] As of this filing, there are 1,459 docket entries in *Netsphere , Inc. v. Baron,* a case that then-presiding Judge Furgeson called a "nightmare." No. 3:09-CV-0988-L, Dkt. 1447, at 3 (N.D. Tex. May 29, 2013).

Dated:  April 20, 2016						Respectfully submitted

								By: */s/ Steven M. Geiszler*

*Of Counsel:*							Steven M. Geiszler
Lora A. Brzezynski						Texas Bar No. 24032227
Claire M. Maddox						Zunxuan D. Chen
Eric Y. Wu							Texas Bar No. 24059564
DENTONS US LLP						DENTONS US LLP
1900 K Street, NW						2000 McKinney Avenue, Suite 1900
Washington, DC 20006						Dallas, Texas 75201-1858
202-496-7500 (phone)						T: (214) 259-0900
202-496-7756 (fax)						F: (214) 259-0910
lora.brzezynski@dentons.com					steven.geiszler@dentons.com
claire.maddox@dentons.com					digger.chen@dentons.com
eric.wu@dentons.com

*Counsel for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

							*/s/ Steven M. Geiszler*
							Steven M. Geiszler

96291481