IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

   Plaintiff,

  v.

**JOHN DOES 1-44,**

   Defendants *in rem*.

**No. 3:16-CV-1025-N-BN**

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

## **ORDER**

  Before the Court is Defendants' Renewed Rule 12(b) Motion to Dismiss (Doc. 47), filed

April 29, 2016.  After careful consideration of the Motion, briefs, pleadings, and applicable law,

the Court **grants** Defendants' Motion and **dismisses with prejudice** this action.

  ORDERED this _____ day of _____, 2016.

          _____