IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

    Plaintiff,

v.

**JOHN DOES 1-44,**

    Defendants *in rem*.

No. 3:16-CV-1025-N-BN

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

## APPENDIX TO DEFENDANTS' RENEWED RULE 12(b) MOTION TO DISMISS

| | | |
|---|---|---|
| | App. 1-2 | Declaration of Steven M. Geiszler |
| Exhibit A | App. 3 - 12 | Domain Name Assignment And Transfer Agreement, dated August 2011 |
| Exhibit B | App. 13 - 17 | Domain Name Assignment And Transfer Agreement, dated February 8, 2012 |
| Exhibit C | App. 18 - 23 | Domain Name Assignment And Transfer Agreement, dated June 6, 2012; Package "A" |
| Exhibit D | App. 24 - 29 | Domain Name Assignment And Transfer Agreement, dated June 6, 2012; Package "B" |

Dated:  April 29, 2016                                          Respectfully submitted

                                                                By: */s/ Steven M. Geiszler*

| | |
|---|---|
| *Of Counsel:* | Steven M. Geiszler |
| Lora A. Brzezynski | Texas Bar No. 24032227 |
| Claire M. Maddox | Zunxuan D. Chen |
| Eric Y. Wu | Texas Bar No. 24059564 |
| **DENTONS US LLP** | **DENTONS US LLP** |
| 1900 K Street, NW | 2000 McKinney Avenue, Suite 1900 |
| Washington, DC 20006 | Dallas, Texas 75201-1858 |
| 202-496-7500 (phone) | T: (214) 259-0900 |
| 202-496-7756 (fax) | F: (214) 259-0910 |
| lora.brzezynski@dentons.com | steven.geiszler@dentons.com |
| claire.maddox@dentons.com | digger.chen@dentons.com |
| eric.wu@dentons.com | |

*Counsel for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

                                                                */s/ Steven M. Geiszler*
                                                                Steven M. Geiszler

96619343