IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | Civil Action No. 3:16-CV-1025-N |
| JOHN DOES 1-44, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

The above-referenced matter is transferred to the docket of the Honorable Sam A. Lindsay for possible consolidation. All future pleadings shall be filed under case No. 3:16-CV-1025-L.

Signed May 6, 2016.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE