IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

      Plaintiff,

v.

**JOHN DOES 1-44,**

      Defendants *in rem*.

No. 3:16-CV-1025-N-BN

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**AGREED MOTION TO EXTEND TIME FOR PLAINTIFF'S COUNSEL TO APPEAR**

Plaintiff Associated Recovery LLC respectfully moves the Court for a two-week extension for Plaintiff to retain local counsel admitted to this Court and for such counsel to appear in this action pursuant to the Court's instruction posted as ECF Document 41.  The parties agree to the following points in support of this Motion:

    1. This matter was transferred to this Court on April 15, 2016, from the United States District Court, for the Eastern District of Virginia;

2. The parties are scheduled to make their appearance in this matter before the Court by Friday, May 6, 2016;

3. Plaintiff's original counsel is not licensed to practice before this Court, and Plaintiff has been diligently seeking to secure local counsel for this matter;

4. Plaintiff has not yet finalized and secured local counsel for this matter but continues its efforts to do so; and

5. This agreed motion is not intended to alter or impact the timing of the proceedings before this Court.

Accordingly, Plaintiff seeks—and Defendants agree to—a two-week extension for Plaintiff to comply with the Court instruction by retaining counsel.

Dated:  May 6, 2016

Respectfully submitted,

By: */s/ Rebecca J. Stempien Coyle*　　　　By: */s/ Steven M. Geiszler*
*w/ permission by Steven M. Geiszler*

   Rebecca J. Stempien Coyle (VSB# 71483)　　　Steven M. Geiszler
   Paul Grandinetti (Admitted *pro hac vice*)　　　Texas Bar No. 24032227
   LEVY & GRANDINETTI　　　Zunxuan D. Chen
   1120 Connecticut Avenue, N.W., Suite 304　　　Texas Bar No. 24059564
   Washington, D.C. 20036　　　**DENTONS US LLP**
   Telephone (202) 429-4560　　　2000 McKinney Avenue, Suite 1900
   Facsimile (202) 429-4564　　　Dallas, Texas 75201-1858
   mail@levygrandinetti.com　　　T: (214) 259-0900
　　　F: (214) 259-0910
*Counsel for Plaintiff Associated Recovery, LLC*　　　steven.geiszler@dentons.com
　　　digger.chen@dentons.com

*Of Counsel:*
Lora A. Brzezynski
Claire M. Maddox
Eric Y. Wu
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006
202-496-7500 (phone)
202-496-7756 (fax)
lora.brzezynski@dentons.com
claire.maddox@dentons.com
eric.wu@dentons.com

*Counsel for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan*

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that on May 6, 2016, I conferred with Plaintiff's counsel, Rebecca J. Stempien Coyle, with whom I discussed the subject matter of the foregoing motion. Defendants do not oppose, and agreed to, the relief Plaintiff requests. Because Plaintiff's counsel does not have an ECF login for this Court, I also agreed to Plaintiff's counsel's request that I file the motion on her behalf.

*/s/ Steven M. Geiszler*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

*/s/ Steven M. Geiszler*