IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

    Plaintiff,

v.

**JOHN DOES 1-44,**

    Defendants *in rem*.

No. 3:16-CV-1025-L

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**DEFENDANTS' RULE 7.1 DISCLOSURE**

Through the undersigned counsel, Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, and Feng Yan, on behalf of their Accused Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com,

1

zdp.com, zhd.com, zulin.com, and zzm.com, hereby disclose that **no** Defendant has a parent corporation and **no** publicly held corporation owns 10% or more of a Defendant's stock.

    Defendants make this consolidated disclosure to save the Court's and parties' time and resources. But the disclosures should be construed as, and are intended to be, individual to each Defendant.

Dated:  May 9, 2016                                         Respectfully submitted

                                                            By: */s/ Steven M. Geiszler*

| | |
|---|---|
| *Of Counsel:* | Steven M. Geiszler |
| Lora A. Brzezynski | Texas Bar No. 24032227 |
| Claire M. Maddox | Zunxuan D. Chen |
| Eric Y. Wu | Texas Bar No. 24059564 |
| **DENTONS US LLP** | **DENTONS US LLP** |
| 1900 K Street, NW | 2000 McKinney Avenue, Suite 1900 |
| Washington, DC 20006 | Dallas, Texas 75201-1858 |
| 202-496-7500 (phone) | T: (214) 259-0900 |
| 202-496-7756 (fax) | F: (214) 259-0910 |
| lora.brzezynski@dentons.com | steven.geiszler@dentons.com |
| claire.maddox@dentons.com | digger.chen@dentons.com |
| eric.wu@dentons.com | |

*Counsel for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

                                                            */s/ Steven M. Geiszler*
                                                            Steven M. Geiszler

96796754