## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-1025-L** |
| | § | |
| JOHN DOES 1-44, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of the request of Plaintiff in the Joint Rule 26(f) Conference Report, filed May 16, 2016, to speak privately with a Magistrate Judge for the purposes of settlement of this action, the court hereby **refers** this action to the Honorable Magistrate **Paul D. Stickney** to consult or take whatever steps he deems appropriate to resolve the issues between the parties. The consultation will take place subject to and in accordance with Magistrate Judge Stickney's availability. The consultation shall take place by **July 22, 2016.**

**It is so ordered** this 17th day of May, 2016.

Sam A. Lindsay
United States District Judge

Order – Solo Page