IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ASSOCIATED RECOVERY, LLC, § | |
| Plaintiff, § | |
| v. § | No. 3:16-CV-1025-L |
| JOHN DOES 1-44, et al., § | |
| Defendants. § | |

## ORDER

The above-entitled cause has been referred to United States Magistrate Judge Paul D. Stickney for a meeting with Plaintiff for the purpose of discussing settlement in this action to take place no later than July 22, 2016. *See* Order [ECF No. 55]. The United States Magistrate Judge hereby sets a conference with Plaintiff on **THURSDAY, JUNE 16, 2016, at 9:00 A.M.**, convening in Courtroom 1620, 1100 Commerce St., Dallas, Texas.

**SO ORDERED**, this 19th day of May, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE