IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ASSOCIATED RECOVERY, LLC,** | |
| Plaintiff, | No. 3:16-CV-1025-L |
| v. | |
| **JOHN DOES 1-44,** | |
| Defendants *in rem*. | |

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**APPENDIX TO REPLY IN SUPPORT OF
<u>DEFENDANTS' RENEWED RULE 12(b) MOTION TO DISMISS</u>**

| | | |
|---|---|---|
| | App. 30 - 31 | Declaration of Steven M. Geiszler |
| Exhibit E | App. 32 - 90 | Red-lined comparison of Plaintiff's Proposed Amended Complaint (Dkt. 59) with Plaintiff's Original Complaint filed December 31, 2015 (Dkt. 1) |

1

Dated:  June 3, 2016                                      Respectfully submitted

                                                          By: */s/ Steven M. Geiszler*

| | |
|---|---|
| *Of Counsel:* | Steven M. Geiszler |
| Lora A. Brzezynski | Texas Bar No. 24032227 |
| Claire M. Maddox | Zunxuan D. Chen |
| Eric Y. Wu | Texas Bar No. 24059564 |
| **DENTONS US LLP** | **DENTONS US LLP** |
| 1900 K Street, NW | 2000 McKinney Avenue, Suite 1900 |
| Washington, DC 20006 | Dallas, Texas 75201-1858 |
| 202-496-7500 (phone) | T: (214) 259-0900 |
| 202-496-7756 (fax) | F: (214) 259-0910 |
| lora.brzezynski@dentons.com | steven.geiszler@dentons.com |
| claire.maddox@dentons.com | digger.chen@dentons.com |
| eric.wu@dentons.com | |

*Counsel for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

                                                          */s/ Steven M. Geiszler*
                                                          Steven M. Geiszler

97139072

2