IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

    Plaintiff,

v.

**JOHN DOES 1-44,**

    Defendants *in rem*.

No. 3:16-CV-1025-L

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**NOTICE OF ATTORNEY APPEARANCE**

Please take notice that the following attorney is admitted to this Court and hereby enters his appearance in this matter as counsel of record for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin,

Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan.  Counsel consents to electronic service of all papers in this action.

                                  Juanita DeLoach  
                                  Texas Bar No. 24064218  
                                  juanita.deloach@dentons.com  
                                  DENTONS US, LLP  
                                  2000 McKinney Avenue, Suite 1900  
                                  Dallas, Texas 75201-1957  
                                  Telephone:  (214) 259-0900  
                                  Facsimile:   (214) 259-0910

Dated: June 14, 2016                                  Respectfully submitted

                                                      By: */s/ Juanita DeLoach*

*Of Counsel:*                                         Steven M. Geiszler
Lora A. Brzezynski                                    Texas Bar No. 24032227
Claire M. Maddox                                      Zunxuan D. Chen
Eric Y. Wu                                            Texas Bar No. 24059564
DENTONS US LLP                                        Juanita DeLoach
1900 K Street, NW                                     Texas Bar No. 24064218
Washington, DC 20006                                  DENTONS US LLP
202-496-7500 (phone)                                  2000 McKinney Avenue, Suite 1900
202-496-7756 (fax)                                    Dallas, Texas 75201-1858
lora.brzezynski@dentons.com                           T: (214) 259-0900
claire.maddox@dentons.com                             F: (214) 259-0910
eric.wu@dentons.com                                   steven.geiszler@dentons.com
                                                      digger.chen@dentons.com
                                                      juanita.deloach@dentons.com

*Counsel for Domain Names 028.com, fny.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, pixie.com, qmh.com, sqg.com, vcz.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yrn.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Jinwu Chen, Xumin Huang, Feng Lu, Yuhua Jiang, Zhilong Chu, Yaoguang Zhu, Yanbin Lin, Yu Lin, Xiaofeng Lin, Fengjing Zheng, Xiaoying Li, Liwei Liu, Dongdong Xu, Teng Wang, Yang Gao, Xiaohang Shen, Feng Yan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

                                                      */s/ Juanita DeLoach*
                                                      Juanita DeLoach

99585892