**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-1025-L** |
| | § | |
| **JOHN DOES 1-44,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

After further review of the Joint Rule 26(f) Conference Report, the court **refers** this action to the Honorable United States Magistrate Judge Paul D. Stickney for a full settlement conference with all parties, or persons who have full settlement authority to act on behalf of the parties. Judge Stickney is to issue an order setting the settlement conference. The settlement conference with Judge Stickney shall take place by **July 18, 2016.**

**It is so ordered** this 16th day of June, 2016.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**