IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | § | |
|     Plaintiff, | § | |
| v. | § | No. 3:16-CV-1025-L |
| JOHN DOES 1-44, et al., | § | |
|     Defendants. | § | |

## SETTLEMENT REPORT

The District Court referred this case to the United States Magistrate Judge for a settlement conference. The Court held a settlement conference on Wednesday, July 13, 2016, at 10:00 a.m. Although the parties and their counsel appeared and conducted settlement negotiations in good faith, the parties were not able to settle.

**SIGNED**, this 13 day of July, 2016.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE