IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-1025-L** |
| | § | |
| **JOHN DOES 1-44,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is Plaintiff's Motion for Leave to File Amended Complaint (Doc. 58), filed May 20, 2016. The motion is opposed by Defendants on the grounds that the proposed amendments and claims are futile and redundant.

This case was originally filed December 31, 2015. A portion of this case was transferred to the Northern District of Texas, Dallas Division on April 15, 2016, from the Eastern District of Virginia, Alexandria Division. The remainder of the case was transferred on July 1, 2016. No scheduling order has been entered in this case, since it was transferred to this court, and recent settlement discussions have proved unsuccessful. For these reasons, and because the court determines that resolution of the issues raised by Defendants is best resolved via a motion to dismiss or summary judgment, the court **grants** Plaintiff's Motion for Leave to File Amended Complaint (Doc. 58) and **directs** Plaintiff to file its amended complaint by **August 1, 2016.** To avoid piecemeal litigation, the amended complaint must include all claims that Plaintiff intends to assert against all Defendants, including those recently transferred to this court on July 1, 2016.

**It is so ordered** this 18th day of July, 2016.

_____
Sam A. Lindsay
United States District Judge