IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

      Plaintiff,

v.

**JOHN DOES 1-44,**

      Defendants *in rem*.

No. 3:16-CV-1025-L

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**JTZ.COM, OCU.COM, AND YTE.COM'S MOTION TO JOIN
DEFENDANTS' RENEWED RULE 12(B) MOTION TO DISMISS**

Through the undersigned counsel, *in rem* Defendants JTZ.com, OCU.com, and YTE.com hereby move the Court to join in Defendants' Renewed Rule 12(b) Motion to Dismiss (Dkt. 47), previously filed and fully briefed by other Defendants who previously appeared in this Action.

Movant Defendants JTZ.com, OCU.com, and YTE.com ("Movants") recently joined this this Court's action when the Eastern District of Virginia transferred the litigation against

1

Movants. *See* Order, *Associated Recovery, LLC v. John Does 1-44*, No. 1:15-cv-1723, Dkt. 59 (E.D. Va. Jul. 1, 2016). The Eastern District of Virginia transferred Movants without deciding the Rule 12(b) portion of their respective motions to dismiss or, in the alternative, transfer. *See id.* Thus, the Rule 12(b) portion of Movants' original motions remain available for judicial determination. *See Astec Am., Inc. v. Power-One, Inc.*, No. 6:07-cv-464, 2008 WL 1734833, *2 (E.D. Tex. Apr. 11, 2008) (renewed Rule 12 motion decided by transferee court); *see also Abusadeh v. Chertoff*, No. 06-cv-2014, 2007 WL 2111036, *1 (D.D.C. Jul. 23, 2007) (granting defendants' motion to transfer venue and denying motion to dismiss without prejudice "so that Defendants may refile it, if appropriate, upon transfer").

Movants' Rule 12(b) arguments are three-fold. First, Plaintiff fails to state a claim upon which relief can be granted, so the Court should dismiss this action under Rule 12(b)(6). Second, Plaintiff lacks standing to bring this suit, so the Court should dismiss this action under Rule 12(b)(1). Finally, Plaintiff failed to join necessary parties, so the Court should dismiss this action under Rule 12(b)(7). Movants' arguments are identical to the arguments already raised and fully briefed by other defendants who were previously transferred to this Court. Thus, to save the Court from reading repetitive briefing, Movants JTZ.com, OCU.com, and YTE.com respectfully ask to join in Defendants' Renewed Rule 12(b) Motion to Dismiss (Dkt. 47), Memorandum in Support of Defendants' Renewed Rule 12(b) Motion (Dkt. 48) and Appendix thereto (Dkt. 49), and Reply in Support of Defendants' Renewed Rule 12(b) Motion (Dkt. 60) and Appendix thereto (Dkt. 61).[1]

The movant Defendants note that the Court recently granted Plaintiff's Motion for Leave to File Amended Complaint (*see* Order, Dkt. 73). But Plaintiff's August 1, 2016 deadline for

---

[1] The undersigned counsel believe this joinder to the earlier briefing is the most efficient manner for Movants to raise this issue, but reserve the right to file a full-length memorandum in support hereof, if the Court prefers.

filing an amended complaint (*see id.*) falls on the same date as the deadline for the movant Defendants to answer, move or otherwise respond to Plaintiff's Complaint in this action. *See* Order, *Associated Recovery, LLC v. John Does 1-44*, No. 1:15-cv-1723, Dkt. 59 (E.D. Va. Jul. 1, 2016). Thus, Movants file this Motion with expectation that Plaintiff may soon filed an amended complaint, which would restart the motion-to-dismiss process for all Defendants.

Dated:  July 25, 2016                                           Respectfully submitted

By: */s/ Steven M. Geiszler*

*Of Counsel:*
Lora A. Brzezynski
Claire M. Maddox
Eric Y. Wu
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006
202-496-7500 (phone)
202-496-7756 (fax)
lora.brzezynski@dentons.com
claire.maddox@dentons.com
eric.wu@dentons.com

Steven M. Geiszler
Texas Bar No. 24032227
Zunxuan D. Chen
Texas Bar No. 24059564
Juanita DeLoach
Texas Bar No. 24064218
**DENTONS US LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
T: (214) 259-0900
F: (214) 259-0910
steven.geiszler@dentons.com
digger.chen@dentons.com
juanita.deloach@dentons.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

*/s/ Steven M. Geiszler*
Steven M. Geiszler

3

100495823