IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY, LLC,** | | |
| Plaintiff, | | No. 3:16-CV-1025-L |
| v. | | |
| **JOHN DOES 1-44,** | | |
| Defendants *in rem*. | | |

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

## ORDER

Before the Court is JTZ.com, OCU.com, and YTE.com's Motion to Join Defendants' Renewed Rule 12(b) Motion to Dismiss (Dkt. 74). After careful consideration of the Motion and applicable law, the Court **grants** Defendants' Motion and **joins** *in rem* Defendants JTZ.com, OCU.com, and YTE.com to Defendants' Renewed Rule 12(b) Motion to Dismiss, previously filed as Dkt. 47.

ORDERED this _____ day of _____, 2016.

_____