Associated Recovery LLC v. John Does
# COMPLAINT EXHIBIT 1
## 744.COM

```xml
<?xml version="1.0"?>
<domainset>
 - <record>
        <domain>744.COM</domain>
        <rawwhois>
```
Whois Server Version 2.0 Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information. Domain Name: 744.COM Registrar: ONLINENIC, INC. Sponsoring Registrar IANA ID: 82 Whois Server: whois.onlinenic.com Referral URL: http://www.OnlineNIC.com Name Server: NS1.DNS-DIY.NET Name Server: NS2.DNS-DIY.NET Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited Updated Date: 15-may-2014 Creation Date: 28-apr-2002 Expiration Date: 28-apr-2016>>> Last update of whois database: Mon, 28 Dec 2015 23:01:50 GMT <<< For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en. NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars. ------ Domain Name: 744.com Registry Domain ID: Registrar WHOIS Server: whois.onlinenic.com Registrar URL: http://www.onlinenic.com Updated Date: 2014-05-15T06:36:17.0Z Creation Date: 2002-04-28T18:07:31.0Z Registrar Registration Expiration Date: 2016-04-28T18:07:31.0Z Registrar: Onlinenic Inc Registrar IANA ID: 82 Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com Registrar Abuse Contact Phone: +1.5107698492 Domain Status: clientTransferProhibited Registry Registrant ID: Registrant Name: Domain ID Shield Service Registrant Organization: Domain ID Shield Service CO., Limited Registrant Street: 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central, Hong Kong Registrant City: Hong Kong Registrant State/Province: Hong Kong Registrant Postal Code: 999077 Registrant Country: CN

Registrant Phone: +852.21581835 Registrant Phone Ext: Registrant Fax: +852.30197491 Registrant Fax Ext: Registrant Email: 745187165637504@domainidshield.com Registry Admin ID: Admin Name: Domain ID Shield Service Admin Organization: Domain ID Shield Service CO., Limited Admin Street: 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central, Hong Kong Admin City: Hong Kong Admin State/Province: Hong Kong Admin Postal Code: 999077 Admin Country: CN Admin Phone: +852.21581835 Admin Phone Ext: Admin Fax: +852.30197491 Admin Fax Ext: Admin Email: 745187165315401@domainidshield.com Registry Tech ID: Tech Name: Domain ID Shield Service Tech Organization: Domain ID Shield Service CO., Limited Tech Street: 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central, Hong Kong Tech City: Hong Kong Tech State/Province: Hong Kong Tech Postal Code: 999077 Tech Country: CN Tech Phone: +852.21581835 Tech Phone Ext: Tech Fax: +852.30197491 Tech Fax Ext: Tech Email: 745187165315402@domainidshield.com Name Server: ns1.dns-diy.net Name Server: ns2.dns-diy.net DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/>>> Last update of WHOIS database: 2015-11-12T18:12:13.0Z <<< This data is provided by OnlineNIC, Inc. for information purposes, and to assist persons obtaining information about or related to domain name registration records. OnlineNIC, Inc. does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances, you will use this data to 1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via E-mail (spam); or 2) enable high volume, automated, electronic processes that apply to this WHOIS server. These terms may be changed without prior notice. By submitting this query, you agree to abide by this policy.</rawwhois>

    </record>
</domainset>