Associated Recovery LLC v. John Does

# COMPLAINT EXHIBIT 4
## FNY.COM

```xml
<?xml version="1.0"?>
<domainset>
  - <record>
```

&lt;domain&gt;FNY.COM&lt;/domain&gt;

&lt;rawwhois&gt; Whois Server Version 2.0 Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information. Domain Name: FNY.COM Registrar: ENAME TECHNOLOGY CO., LTD. Sponsoring Registrar IANA ID: 1331 Whois Server: whois.ename.com Referral URL: http://www.ename.net Name Server: NS25.DOMAINCONTROL.COM Name Server: NS26.DOMAINCONTROL.COM Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited Updated Date: 28-oct-2015 Creation Date: 20-jul-2002 Expiration Date: 02-jun-2017>>> Last update of whois database: Mon, 28 Dec 2015 23:02:37 GMT <<< For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en. NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars. ------ Domain Name: fny.com Registry Domain ID: Registrar WHOIS Server: whois.ename.com Registrar URL: http://www.ename.net Updated Date: 2002-07-20 T18:02:32Z Creation Date: 2002-07-20 T18:02:32Z Registrar Registration Expiration Date: 2017-06-02 T11:59:59Z Registrar: eName Technology Co.,Ltd. Registrar IANA ID: 1331 Registrar Abuse Contact Email: abuse@ename.com Registrar Abuse Contact Phone: +86.4000044400 Domain Status: clientDeleteProhibited https://www.icann.org/epp#clientDeleteProhibited Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited Registry Registrant ID:Not Available From Registry Registrant Name: zhiqiangjin Registrant Organization: Hangzhou yiyou Technology co.,ltd Registrant Street: wenyi road no.75

Registrant City: Hangzhoushi Registrant State/Province: Zhejiang Registrant Postal Code: 310012 Registrant Country: CN Registrant Phone: +86.057189937298 Registrant Phone Ext: Registrant Fax: +86.057189937298 Registrant Fax Ext: Registrant Email: gaodade@gmail.com Registry Admin ID:Not Available From Registry Admin Name: zhiqiangjin Admin Organization: Hangzhou yiyou Technology co.,ltd Admin Street: wenyi road no.75 Admin City: Hangzhoushi Admin State/Province: Zhejiang Admin Postal Code: 310012 Admin Country: CN Admin Phone: +86.057189937298 Admin Phone Ext: Admin Fax: +86.057189937298 Admin Fax Ext: Admin Email: gaodade@gmail.com Registry Tech ID:Not Available From Registry Tech Name: zhiqiangjin Tech Organization: Hangzhou yiyou Technology co.,ltd Tech Street: wenyi road no.75 Tech City: Hangzhoushi Tech State/Province: Zhejiang Tech Postal Code: 310012 Tech Country: CN Tech Phone: +86.057189937298 Tech Phone Ext: Tech Fax: +86.057189937298 Tech Fax Ext: Tech Email: gaodade@gmail.com Name Server: DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/>>> Last update of WHOIS database: 2015-12-29 T07:08:52Z <<< For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en</rawwhois>
　　</record>
</domainset>