Associated Recovery LLC v. John Does

# COMPLAINT EXHIBIT 6
## FXF.COM

```xml
<?xml version="1.0"?>
<domainset>
  - <record>
        <domain>FXF.COM</domain>
        <rawwhois>
```
Whois Server Version 2.0 Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information. Domain Name: FXF.COM Registrar: ENOM, INC. Sponsoring Registrar IANA ID: 48 Whois Server: whois.enom.com Referral URL: http://www.enom.com Name Server: NS1.LINODE.COM Name Server: NS2.LINODE.COM Name Server: NS3.LINODE.COM Name Server: NS4.LINODE.COM Name Server: NS5.LINODE.COM Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited Updated Date: 19-aug-2014 Creation Date: 20-mar-2002 Expiration Date: 20-mar-2023>>> Last update of whois database: Mon, 28 Dec 2015 23:03:22 GMT <<< For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en. NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars. ------ Domain Name: FXF.COM Registry Domain ID: 84682124_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.enom.com Registrar URL: www.enom.com Updated Date: 2013-06-14T05:43:47.00Z Creation Date: 2002-03-20T19:08:00.00Z Registrar Registration Expiration Date: 2023-03-20T18:08:00.00Z Registrar: ENOM, INC. Registrar IANA ID: 48 Reseller: NAMECHEAP.COM Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited Registry Registrant ID: Registrant Name: WHOISGUARD PROTECTED Registrant Organization: WHOISGUARD, INC. Registrant Street: P.O. BOX 0823-03411 Registrant City: PANAMA Registrant State/Province: PANAMA Registrant Postal Code: 00000 Registrant Country: PA

Registrant Phone: +507.8365503 Registrant Phone Ext: Registrant Fax: +51.17057182 Registrant Fax Ext: Registrant Email: 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM Registry Admin ID: Admin Name: WHOISGUARD PROTECTED Admin Organization: WHOISGUARD, INC. Admin Street: P.O. BOX 0823-03411 Admin City: PANAMA Admin State/Province: PANAMA Admin Postal Code: 00000 Admin Country: PA Admin Phone: +507.8365503 Admin Phone Ext: Admin Fax: +51.17057182 Admin Fax Ext: Admin Email: 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM Registry Tech ID: Tech Name: WHOISGUARD PROTECTED Tech Organization: WHOISGUARD, INC. Tech Street: P.O. BOX 0823-03411 Tech City: PANAMA Tech State/Province: PANAMA Tech Postal Code: 00000 Tech Country: PA Tech Phone: +507.8365503 Tech Phone Ext: Tech Fax: +51.17057182 Tech Fax Ext: Tech Email: 15B93ABAFD0B47E787820FDA56E25280.PROTECT@WHOISGUARD.COM Name Server: NS1.LINODE.COM Name Server: NS2.LINODE.COM Name Server: NS3.LINODE.COM Name Server: NS4.LINODE.COM Name Server: NS5.LINODE.COM DNSSEC: unSigned Registrar Abuse Contact Email: abuse@enom.com Registrar Abuse Contact Phone: +1.4252982646 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ Last update of WHOIS database: 2013-06-14T05:43:47.00Z The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us. We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms. Version 6.3 4/3/2002</rawwhois>

    </record>
</domainset>