Associated Recovery LLC v. John Does
# COMPLAINT EXHIBIT 7
## JTZ.COM

```xml
<?xml version="1.0"?>
<domainset>
  - <record>
        <domain>JTZ.COM</domain>
        <rawwhois>
```
Whois Server Version 2.0 Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information. Domain Name: JTZ.COM Registrar: GODADDY.COM, LLC Sponsoring Registrar IANA ID: 146 Whois Server: whois.godaddy.com Referral URL: http://registrar.godaddy.com Name Server: NS51.DOMAINCONTROL.COM Name Server: NS52.DOMAINCONTROL.COM Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited Updated Date: 29-apr-2015 Creation Date: 14-nov-2001 Expiration Date: 14-nov-2018>>> Last update of whois database: Mon, 28 Dec 2015 23:03:22 GMT <<< For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en. NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars. ------ Domain Name: JTZ.COM Registry Domain ID: 79744760_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.godaddy.com Registrar URL: http://www.godaddy.com Update Date: 2013-08-17T18:38:36Z Creation Date: 2001-11-14T19:07:10Z Registrar Registration Expiration Date: 2018-11-14T19:07:10Z Registrar: GoDaddy.com, LLC Registrar IANA ID: 146 Registrar Abuse Contact Email: abuse@godaddy.com Registrar Abuse Contact Phone: +1.4806242505 Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited Domain Status:

clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited Registry Registrant ID: Registrant Name: Chang Su Registrant Organization: SuChang Registrant Street: A2-505 Linhai mountain villa Registrant Street: Xiameilin Beihuan Rd Registrant City: ShenZhen Registrant State/Province: Registrant Postal Code: 518003 Registrant Country: CN Registrant Phone: +86.075583198259 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: suchang1978@yahoo.com Registry Admin ID: Admin Name: Chang Su Admin Organization: SuChang Admin Street: A2-505 Linhai mountain villa Admin Street: Xiameilin Beihuan Rd Admin City: ShenZhen Admin State/Province: Admin Postal Code: 518003 Admin Country: CN Admin Phone: +86.075583198259 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: suchang1978@yahoo.com Registry Tech ID: Tech Name: Chang Su Tech Organization: SuChang Tech Street: A2-505 Linhai mountain villa Tech Street: Xiameilin Beihuan Rd Tech City: ShenZhen Tech State/Province: Tech Postal Code: 518003 Tech Country: CN Tech Phone: +86.075583198259 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: suchang1978@yahoo.com Name Server: NS51.DOMAINCONTROL.COM Name Server: NS52.DOMAINCONTROL.COM DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2015-12-28T23:00:00Z <<< For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en The data contained in GoDaddy.com, LLC's WhoIs database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes. Please note: the registrant of the domain name is specified in the "registrant" section. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.</rawwhois>
    </record>
</domainset>