Associated Recovery LLC v. John Does

# COMPLAINT EXHIBIT 10
KOU.COM

```xml
<?xml version="1.0"?>
<domainset>
  - <record>
        <domain>KOU.COM</domain>
        <rawwhois>
```
Whois Server Version 2.0 Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information. Domain Name: KOU.COM Registrar: GUANGZHOU MING YANG INFORMATION TECHNOLOGY CO., LTD Sponsoring Registrar IANA ID: 1417 Whois Server: whois.hupo.com Referral URL: http://www.hupo.com Name Server: NS1.HUPO.COM Name Server: NS2.HUPO.COM Name Server: NS3.HUPO.COM Name Server: NS4.HUPO.COM Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited Updated Date: 22-oct-2015 Creation Date: 29-jun-2001 Expiration Date: 29-jun-2021>>> Last update of whois database: Mon, 28 Dec 2015 23:03:07 GMT <<< For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en. NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars. ------ Domain Name: kou.com Registry Domain ID: Registrar Whois Server: whois.hupo.com Registrar URL: http://www.hupo.com Creation Date: 2001-06-29 10:40:59 Expiration Date: 2021-06-29 10:40:58 Registrar: GUANGZHOU MING YANG INFORMATION TECHNOLOGY CO., LTD Registrar Abuse Contact Email: hupo@gz.com Registrar Abuse Contact Phone: +86.2085566200 Domain Status: clientTransferProhibited <a href='http://icann.org/epp#clientTransferProhibited' target='_blank'>http://icann.org/epp#clientTransferProhibited</a> Domain Status: clientDeleteProhibited <a href='http://icann.org/epp#clientDeleteProhibited'

target='_blank'>http://icann.org/epp#clientDeleteProhibited</a> Registry Registrant ID: Registrant Name: WHOIS AGENT Registrant Organization: DOMAIN WHOIS PROTECTION SERVICE Registrant Street: 17F, No.138 Zhognshan Avenue, Guangzhou, GD,CN Registrant City: GuangZhou Registrant State/Province: GuangDong Registrant Country: cn Registrant Postal Code: 510000 Registrant Phone: +86.2085563616 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: whoisagent@hupo.com Registry Admin ID: Admin Name: WHOIS AGENT Admin Organization: DOMAIN WHOIS PROTECTION SERVICE Admin Street: 17F, No.138 Zhognshan Avenue, Guangzhou, GD,CN Admin City: GuangZhou Admin State/Province: GuangDong Admin Country: cn Admin Postal Code: 510000 Admin Phone: +86.2085563616 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: whoisagent@hupo.com Registry Tech ID: Tech Name: WHOIS AGENT Tech Organization: DOMAIN WHOIS PROTECTION SERVICE Tech Street: 17F, No.138 Zhognshan Avenue, Guangzhou, GD,CN Tech City: GuangZhou Tech State/Province: GuangDong Tech Country: cn Tech Postal Code: 510000 Tech Phone: +86.2085563616 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: whoisagent@hupo.com Registry Billing ID: Billing Name: WHOIS AGENT Billing Organization: DOMAIN WHOIS PROTECTION SERVICE Billing Street: 17F, No.138 Zhognshan Avenue, Guangzhou, GD,CN Billing City: GuangZhou Billing State/Province: GuangDong Billing Country: cn Billing Postal Code: 510000 Billing Phone: +86.2085563616 Billing Phone Ext: Billing Fax: Billing Fax Ext: Billing Email: whoisagent@hupo.com Name Server: ns1.hupo.com Name Server: ns2.hupo.com Name Server: ns3.hupo.com Name Server: ns4.hupo.com DNSSEC: unsigned For more information on Whois status codes, please visit: <a href='https://www.icann.org/resources/pages/epp-status-codes-list-2014-06-18-en' target='_blank'>https://www.icann.org/resources/pages/epp-status-codes-list-2014-06-18-en</a></rawwhois>

    &lt;/record&gt;
&lt;/domainset&gt;