IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

    Plaintiff,

v.

**JOHN DOES 1-44,**

    Defendants *in rem*.

No. 3:16-CV-1025-L

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

*In rem* Defendants respectfully request a one-week extension of time for Defendants to answer, move, or otherwise respond to Plaintiff Associated Recover's August 1, 2016 Amended Complaint (Dkt. 76).  Under Rule 15(a)(3), Defendants must respond to the Amended Complaint by Monday, August 15th.  The requested one-week extension will allow Defendants to further

1

prepare their forthcoming Rule 12(b) motion to dismiss including declarations, if needed, from Defendants' respective owners, most of whom are Chinese.

This one-week extension is not sought for purposes of delay.  The Court has not yet set a schedule in this Action, so there is no impact on any future court dates.  Nor would the extension prejudice Plaintiff.   Plaintiff does not oppose this Motion.

Accordingly, Defendants respectfully request an extension up to and including August 22, 2016 for Defendants to answer, mover, or otherwise respond to the Amended Complaint.  A proposed Order granting this unopposed Motion is provided herewith.

Dated:  August 12, 2016                                             Respectfully submitted


                                                                    By: */s/ Steven M. Geiszler*

| | |
|---|---|
| *Of Counsel:* | Steven M. Geiszler |
| Lora A. Brzezynski | Texas Bar No. 24032227 |
| Claire M. Maddox | Zunxuan D. Chen |
| Eric Y. Wu | Texas Bar No. 24059564 |
| **DENTONS US LLP** | Juanita DeLoach |
| 1900 K Street, NW | Texas Bar No. 24064218 |
| Washington, DC 20006 | **DENTONS US LLP** |
| 202-496-7500 (phone) | 2000 McKinney Avenue, Suite 1900 |
| 202-496-7756 (fax) | Dallas, Texas 75201-1858 |
| lora.brzezynski@dentons.com | T: (214) 259-0900 |
| claire.maddox@dentons.com | F: (214) 259-0910 |
| eric.wu@dentons.com | steven.geiszler@dentons.com |
| | digger.chen@dentons.com |
| | juanita.deloach@dentons.com |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that on August 11, 2016, I corresponded with Plaintiff's counsel by email concerning the foregoing motion. Plaintiff's counsel stated Plaintiff does not oppose.

*/s/ Steven M. Geiszler*
Steven M. Geiszler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

*/s/ Steven M. Geiszler*
Steven M. Geiszler

100959190