IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

Plaintiff,

v.

**JOHN DOES 1-44,**

Defendants *in rem*.

**No. 3:16-CV-1025-L**

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

## DEFENDANTS' RULE 12(b) MOTION TO DISMISS AMENDED COMPLAINT

Through the undersigned counsel, *in rem* Defendants 744.com, 028.com, fny.com, jtz.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, sqg.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yqp.com, yqt.com, yjx.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, and zzm.com (collectively, "Defendants") move the Court to dismiss this action under Federal Rule of Civil Procedure 12(b).

1

On August 1, 2016, Plaintiff Associated Recover, LLC filed an Amended Complaint (Dkt. 76).  The Court should dismiss with prejudice all claims in the Amended Complaint on at least the following grounds:

1. Plaintiff's claims are collaterally estopped, so this case should be dismissed under Rule 12(b)(6).

2. Plaintiff's claims are either not cognizable causes of action, inapplicable to the facts pled, or are time barred, thus further warranting dismissal under Rule 12(b)(6).

3. Plaintiff lacks standing, so dismissal is proper under Rule 12(b)(1).

4. Plaintiff asserts for the first time in its Amended Complaint *in personam* claims against the *in rem* Defendants' respective owners, none of whom are subject to the Court's personal jurisdiction.  The Court should dismiss the *in personam* claims against the owners under Rule 12(b)(2).

5. Plaintiff failed to join necessary parties, thereby making dismissal proper under Rule 12(b)(7).

Dated:  August 22, 2016                          Respectfully submitted


                                                 By: */s/ Steven M. Geiszler*_____

*Of Counsel:*                                        Steven M. Geiszler
Lora A. Brzezynski                                   Texas Bar No. 24032227
Claire M. Maddox                                     Zunxuan D. Chen
Eric Y. Wu                                           Texas Bar No. 24059564
**DENTONS US LLP**                                   Juanita DeLoach
1900 K Street, NW                                    Texas Bar No. 24064218
Washington, DC 20006                                 **DENTONS US LLP**
202-496-7500 (phone)                                 2000 McKinney Avenue, Suite 1900
202-496-7756 (fax)                                   Dallas, Texas 75201-1858
lora.brzezynski@dentons.com                          T: (214) 259-0900
claire.maddox@dentons.com                            F: (214) 259-0910
eric.wu@dentons.com                                  steven.geiszler@dentons.com
                                                     digger.chen@dentons.com
                                                     juanita.deloach@dentons.com

                                                     *Counsel for Defendants*


## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on August 22, 2016 I caused the foregoing document to be

served on counsel of record via the Court's CM/ECF system.

                                                 */s/ Steven M. Geiszler*_____
                                                 Steven M. Geiszler



101118435




                                                 3