IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

    Plaintiff,

v.

**JOHN DOES 1-44,**

    Defendants *in rem*.

No. 3:16-CV-1025-L

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**REPLY IN SUPPORT OF JTZ.COM, OCU.COM, YTE.COM'S MOTION TO JOIN DEFENDANTS' RENUEWED RULE 12(b) MOTION TO DISMISS**

As anticipated in Movant's Motion (Dkt. 74 at 2-3), Movants JTZ.com, OCU.com, YTE.com joined in the August 22, 2016 Defendants' Rule 12(b) Motion to Dismiss Amended Complaint (Dkt. 80). The August 22nd motion seeks to dismiss Plaintiff's Amended Complaint (Dkt. 76), which superseded Plaintiff's original Complaint (Dkt. 1). Accordingly, Movants no longer need to join in the earlier Motion to Dismiss (Dkt. 47). Plaintiff argues the same in its Opposition. Dkt. 78 at 2. Thus, the parties agree that **this Motion is now moot.**

1

Plaintiff's Opposition (Dkt. 78) raises the tangential issue of whether this case is *in rem* or *in personam*. That issue is fully addressed in Defendants' operative Motion to Dismiss (Dkt. 80) but is irrelevant to the issue at bar, particularly given that the instant Motion is moot.

Dated:  August 25, 2016                                             Respectfully submitted

                                                                    By: */s/ Steven M. Geiszler*

*Of Counsel:*                                                       Steven M. Geiszler
Lora A. Brzezynski                                                  Texas Bar No. 24032227
Claire M. Maddox                                                    Zunxuan D. Chen
Eric Y. Wu                                                          Texas Bar No. 24059564
**DENTONS US LLP**                                                  Juanita DeLoach
1900 K Street, NW                                                   Texas Bar No. 24064218
Washington, DC 20006                                                **DENTONS US LLP**
202-496-7500 (phone)                                                2000 McKinney Avenue, Suite 1900
202-496-7756 (fax)                                                  Dallas, Texas 75201-1858
lora.brzezynski@dentons.com                                         T: (214) 259-0900
claire.maddox@dentons.com                                           F: (214) 259-0910
eric.wu@dentons.com                                                 steven.geiszler@dentons.com
                                                                    digger.chen@dentons.com
                                                                    juanita.deloach@dentons.com

                                                                    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

                                                                    */s/ Steven M. Geiszler*
                                                                    Steven M. Geiszler

101178477

2