IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ASSOCIATED RECOVERY, LLC,**

    Plaintiff,

v.

**JOHN DOES 1-44,**

    Defendants *in rem*.

No. 3:16-CV-1025-L

*In re:*

| | | | |
|---|---|---|---|
| 744.COM | KXW.COM | UHW.COM | YJX.COM |
| 028.COM | LNM.COM | VCZ.COM | YLZ.COM |
| 3DCAMERA.COM | LUOHE.COM | VGJ.COM | YQP.COM |
| FNY.COM | MEQ.COM | WYD.COM | YQT.COM |
| FX2.COM | OCU.COM | XAQ.COM | YRN.COM |
| FXF.COM | PIXIE.COM | XFF.COM | YTE.COM |
| JTZ.COM | QMH.COM | XSG.COM | YYG.COM |
| KGJ.COM | RUTEN.COM | YCX.COM | ZDP.COM |
| KMQ.COM | SDU.COM | YEY.COM | ZHD.COM |
| KOU.COM | SQG.COM | YGX.COM | ZULIN.COM |
| KXQ.COM | TAOLV.COM | YJR.COM | ZZM.COM |

**MOTION TO WITHDRAW STEVEN M. GEISZLER
AS COUNSEL FOR DEFENDANTS**

*In rem* Defendants 028.com, 744.com, fny.com, jtz.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, sqg.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yjx.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com respectfully request that the Court permit Steven M. Geiszler to withdraw as counsel of record for Defendants pursuant to L.R. 83.12.  Mr. Geiszler has resigned his position at Dentons US LLP and no longer

represents Defendants. Dentons will continue to represent Defendants, and remaining counsel have entered appearances (Dkt. Entries #63 and #91).

Defendants' counsel has attempted to confer with Plaintiff's counsel on at least four separate occasions on October 19th and 20th, but Plaintiff's counsel has refused to confirm whether or not they oppose Defendants' motion.

Additionally, Named Defendants request the clerk of the Court remove Steven M. Geiszler's name from the list of persons authorized to receive electronic notices in this case.

WHEREFORE, for all these reasons Defendants respectfully request that the Court grant this motion.

Dated: October 21, 2016

Respectfully submitted

By: */s/ Adam Pierson*

*Of Counsel:*
Lora A. Brzezynski
Claire M. Maddox
Eric Y. Wu
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
202-496-7500 (phone)
202-496-7756 (fax)
lora.brzezynski@dentons.com
claire.maddox@dentons.com
eric.wu@dentons.com

Zunxuan D. Chen
Texas Bar No. 24059564
Adam Pierson
Texas Bar No. 24074897
Juanita DeLoach
Texas Bar No. 24064218
DENTONS US LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
T: (214) 259-0900
F: (214) 259-0910
digger.chen@dentons.com
adam.pierson@dentons.com
juanita.deloach@dentons.com

*Counsel for in rem Defendants 028.com, 744.com, fny.com, jtz.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, sqg.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yjx.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com*

**CERTIFICATE OF CONFERENCE**

On October 19-20, 2016 the undersigned counsel conferred with Plaintiff's counsel regarding the subject of this Motion. Plaintiff's counsel indicated that Plaintiff did not oppose the relief requested, and when asked to confirm, Plaintiff's counsel has refused to respond or assert any objection to Defendants' motion.

*/s/ Adam Pierson*
Adam Pierson

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2016 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

*/s/ Adam Pierson*
Adam Pierson