IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-1025-L** |
| | § | (Consolidated with Civil Action Nos. |
| **JOHN DOES 1-44,** *et al.*, | § | 3:17- CV-424-L and 3:17-CV-651-L) |
| | § | |
| Defendants. | § | |

**ORDER**

By separate order, this action was consolidated with two other actions. By **April 24, 2017**, Plaintiff **shall** file an amended complaint that sets forth all of its claims against all Defendants in this consolidated action. Further, to promote judicial economy and avoid piecemeal litigation, the court **denies without prejudice** the pending motion to dismiss in this case (Doc. 80). After Plaintiff files its amended complaint, Defendants will have an opportunity to file an answer to the amended complaint or otherwise respond in accordance with the Federal Rules of Civil Procedure.

**It is so ordered** this 23rd day of March, 2017.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Page 1