IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-1025-L** |
| | § | (Consolidated with Civil Action Nos. |
| **JOHN DOES 1-44,** *et al.*, | § | 3:17- CV-424-L and 3:17-CV-651-L) |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is the Motion of Plaintiff's Counsel to Withdraw (Doc. 113), filed March 31, 2017. In the motion, Plaintiff's counsel, Mr. Paul Grandinetti and Ms. Rebecca Stempien of the law firm of Levy & Grandinetti, and Mr. Anthony Farmer of The Farmer Law Group request to withdraw as counsel for Plaintiff in this case and seek a stay of the case so Plaintiff can obtain substitute counsel. Counsel state in their motion that the Levy & Grandinetti firm is not authorized under its engagement letter with Plaintiff to act as counsel in this case or any other case in Texas, and no attorney in their law firm is a member of the Texas bar. Counsel further state that the Levy & Grandinetti firm agreed only to act as the caretaker of this action until Plaintiff found substitute counsel, and Mr. Farmer was intended only to act as local counsel. Notwithstanding the foregoing, Mr. Grandinetti, Ms. Stempien, and Mr. Farmer have been acting as counsel in the underlying case (Case No. 3:16-CV-1025-L) for more than a year after it was transferred from Virginia to the Northern District of Texas and did not request to withdraw before now. To avoid unnecessary delay in the proceedings in this case, the court **denies without prejudice** the Motion of Plaintiff's Counsel to Withdraw (Doc. 113). After Plaintiff

obtains substitute counsel, the court will reconsider this request upon the filing of a motion by Plaintiff to withdraw and substitute counsel.

**It is so ordered** this 3rd day of April, 2017.

                                          Sam A. Lindsay
                                        United States District Judge

**Order - Solo Page**