IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| **ASSOCIATED RECOVERY, LLC,** § <br> *Plaintiff,* § <br> § <br> **v.** § <br> § <br> § <br> **JOHN DOES 1-44, et. al.,** § <br> *Defendants.* § | **Case No. 3:16-CV-1025-L** <br> *(Consolidated with Civil Action Nos.* <br> *3:17-CV-424-L and 3:17-CV-651-L)* |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE –
UNOPPOSED BY CERTAIN DEFENDANTS / PRESUMED OPPOSED BY OTHERS[1]**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff Associated Recovery, LLC, and would show the Court the following:

1. Pursuant to Rules 6(b)(1)(A) and 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff Associated Recovery, LLC, respectfully request this Honorable Court to extend the deadline for Plaintiff Associated Recovery, LLC to file its amended complaint two additional days (i.e., from May 24, 2017, to May 26, 2017) for good cause discussed *infra* in this motion.

2. Two other civil actions – Northern District of Texas, Dallas Division, Civil Action Nos. 3:17-CV-424-L and 3:17-CV-651-L – were consolidated into this civil action, which is Northern District of Texas, Dallas Division, Civil Action No. 3:16-CV-1025-L. *See* Dkt. 94. The first of those two other civil actions had originally been filed in the United States District Court for the Eastern District of Virginia and then transferred to the United States District Court for the Northern District of Texas, Dallas Division. *See* Dkt. 75. The second of those other civil actions

---

[1] *See* discussion in Certificate of Conference, *infra* at page 5 of 5.

PLAINTIFF'S MOTION TO EXTEND DEADLINE –
UNOPPOSED BY CERTAIN DEFENDANTS / PRESUMED OPPOSED BY OTHERS                Page 1 of 5

had originally been filed in the United States District Court for the Eastern District of Texas, Marshall Division (wherein it was Civil Action No. 2:16-cv-126-JRG-RSP), and then transferred to the United States District Court for the Northern District of Texas, Dallas Division. *See* Dkt. 130 in Civil Action No. 2:16-cv-126-JRG-RSP in the United States District Court for the Eastern District of Texas, Marshall Division.

3. On March 23, 2017, this Honorable Court ordered Plaintiff Associated Recovery, LLC to file an amended complaint by April 24, 2017. *See* Dkt. 96. On April 24, 2017, Plaintiff Associated Recovery, LLC, and its former counsel of record, Rebecca Stempien Coyle, Paul Grandinetti, the law firm, Levy & Grandinetti, Luiz Felipe Oliveria, Anthony Farmer, the law firm, and The Farmer Law Group, and its present counsel of record, Jack T. Jamison, filed an opposed motion for substitution and withdrawal of counsel and motion to extend Plaintiff's deadline to file its amended complaint. *See* Dkt. 117.

4. On April 25, 2017, this Honorable Court signed an Order granting leave to Jack T. Jamison to substitute in as counsel for Plaintiff Associated Recovery, LLC and granting leave to Rebecca Stempien Coyle, Paul Grandinetti, the law firm, Levy & Grandinetti, Luiz Felipe Oliveria, Anthony Farmer, and the law firm, The Farmer Law Group, to withdraw as Plaintiff's counsel, and extending the deadline for Plaintiff to file its amended complaint to May 24, 2017. *See* Dkt. 118.

5. At the time of filing the above-referenced motion for substitution and withdrawal of counsel and motion to extend Plaintiff's deadline to file its amended complaint, Mr. Jamison had some familiarity with the claims asserted in Plaintiff Associated Recovery, LLC's currently existing complaint from Civil Action No. 2:16-cv-126-JRG-RSP in the United States District

Court for the Eastern District of Texas, Marshall Division,[2] he was not yet sufficiently knowledgeable about the factual and legal issues to certify to the matters set forth in Rule 11(b) of the Federal Rules of Civil Procedure by signing an amended complaint.  At this time, Mr. Jamison is considerably more knowledgeable about such matters, but Mr. Jamison has not quite completed his "inquiry reasonable under the circumstances" (as that concept is used in the context of such Rule 11(b)).  Mr. Jamison has prepared a draft of the amended complaint, but it could not exactly be characterized as a well-pleaded one at this point.

6.Extending the deadline 2 (two) days would permit Mr. Jamison sufficient time to complete his inquiry and finalize and file Plaintiff's amended complaint.

7.The granting of the requested extension will not materially delay the proceedings in this civil action or the resolution of the claims asserted in this civil action.

*[the remainder of page 3 of 5 intentionally left blank]*

---

[2]In January and February of 2017, Mr. Jamison assisted counsel for Plaintiff Associated Recovery, LLC with the preparation of responses to two separate motions filed in that civil action in the Eastern District of Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Associated Recovery, LLC, respectfully request this Honorable Court to:

1. Extend the deadline for Plaintiff Associated Recovery, LLC to file its amended complaint from May 24, 2017, to May 26, 2017; and

2. Grant such other relief, both special and general, at law and in equity to which Plaintiff Associated Recovery, LLC, is justly entitled.

Respectfully submitted,

/s/ Jack T. Jamison
JACK T. JAMISON
State Bar No. 10562550
1509 Main St., No. 205
Dallas, Texas 75201
Tel: (469) 802-9451
Cell: (214) 402-7654
jack@jackjamisonattorney.com

ATTORNEY FOR PLAINTIFF
ASSOCIATED RECOVERY, LLC

*[the remainder of page 4 of 5 intentionally left blank]*

## CERTIFICATE OF CONFERENCE

On May 24, 2017, I sent an email to counsel for each Defendant in this civil action inquiring as to whether the relief requested in this motion would be opposed. Certain defense counsel replied to such email, and each counsel doing so stated that the granting of the requested extension was unopposed by them. (Those blessed counsel are identified on the proposed partially agreed order submitted with this motion.) However, I did not receive replies from every defense counsel and I received "auto replies" from certain other defense counsel indicating that they were unavailable. Therefore, in all fairness, I must presume that the granting of the relief requested in this motion is in fact opposed by certain Defendants.

Certified on this 24th day of May, 2017 by:

/s/ Jack T. Jamison
JACK T. JAMISON

## CERTIFICATE OF SERVICE

On the 24th day of May, 2017, a true and correct copy of the foregoing document was electronically submitted to the Clerk of Court for the United States District Court for the Northern District of Texas, using the ECF system. I hereby certify that I have served the lead counsel for each Defendant and each *pro se* Defendant through the Court's electronic filing and service system.

/s/ Jack T. Jamison
JACK T. JAMISON