IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ASSOCIATED RECOVERY, LLC,** | |
| Plaintiff, | **No. 3:16-CV-1025-L** |
| | (Consolidated with Nos. |
| v. | 3:17-CV-424-L and 3:17-CV-651-L) |
| **JOHN DOES 1-44**, *et al.*, | |
| Defendants. | |

## CONSOLIDATED DEFENDANTS' RULE 12(b)
## MOTION TO DISMISS THIRD AMENDED COMPLAINT

Defendants Quinn Veysey; Priveco, Inc.; Virtual Investments, LLC; Telepathy, Inc.;

Strong, Inc.; Adam Strong; Creation Media, LLC; Unicorn Ranch, LLC (in lieu of Onig, LLC);

True Magic, LLC; CBRE Group, Inc.; Power Home Technologies, LLC; Electronic Arts Inc.;

State Farm Mutual Automobile Insurance Company; Tumult, Inc.; Radical Investments

Management, LLC; Alansis.Com, Inc.; All-Pro Fasteners, Inc.; Fantasy Spin Game LLC; Slice

Technologies, Inc.; DBG Partners, Inc.; Linda Butcher; 028.com; 744.com; fny.com; jtz.com;

kgj.com; kmq.com; kxq.com; kxw.com; lnm.com; luohe.com; meq.com; ocu.com; pixie.com;

qmh.com; sqg.com; vcz.com; vgj.com; wyd.com; xaq.com; xff.com; xsg.com; ycx.com;

ygx.com; yjr.com; yjx.com; yqp.com; yqt.com; yrn.com; yte.com; yyg.com; zdp.com; zhd.com;

zulin.com; and zzm.com (collectively, "Defendants") file this Motion, respectfully moving the

Court to dismiss with prejudice Plaintiff's Amended Complaint under Rule 12(b).

On June 1, 2017, Plaintiff Associated Recovery, LLC filed its Third Amended

Complaint (Dkt. 123). The Court should dismiss with prejudice all claims in the Third Amended

Complaint on at least the following grounds:

1. The entire complaint is collaterally estopped by prior rulings of this Court and the Fifth Circuit.

2. Plaintiff's unjust enrichment, conversion, unfair competition / common law trademark infringement, intentional interference with existing contract, and breach of contract claims are time barred under the statute of limitations.

3. Plaintiff does not state any cognizable legal theory upon which relief can be granted.

4. Plaintiff lacks standing because it is a shell company created by Baron for the purpose of suing bona fide purchasers for value of domain names sold through the receivership.

5. Plaintiff failed to join necessary parties, thereby making dismissal proper under Rule 12(b)(7).

Dated:  June 28, 2017                    Respectfully submitted,

| | |
|---|---|
| */s/ Brian H. Pandya*<br>David Weslow (pro hac vice)<br>Brian H. Pandya (pro hac vice)<br>WILEY REIN LLP<br>1776 K Street NW<br>Washington, DC 20006<br>(202) 719-7457<br><br>Clyde M. Siebman (State Bar No. 18341600)<br>Siebman, Burg, Phillips, and Smith LLP<br>4949 Hedgcoxe Rd., Suite 230<br>Plano, Texas 75024<br>Telephone: 214-387-9100<br>Facsimile: 214-387-9125<br>clydesiebman@siebman.com<br><br>**ATTORNEYS FOR TELEPATHY, INC.**<br><br>*/s/ M. Scott Fuller*<br>M. Scott Fuller<br>Texas Bar No. 24036607<br>Paul D. Lein<br>Texas Bar No. 24070133<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas  75201-6776<br>Telephone:  (214) 740-8000<br>Facsimile:  (214) 740-8800<br>E-mail: sfuller@lockelord.com<br>E-mail: plein@lockelord.com<br><br>**ATTORNEYS FOR<br>CBRE GROUP, INC.** | */s/ Lora A. Brzezynski*<br>Lora A. Brzezynski<br>DENTONS US LLP<br>1900 K Street NW<br>Washington, DC 20006<br>Telephone:  (202) 496-7239<br>Facsimile:  (202) 496-7756<br>lora.brzezynski@dentons.com<br><br>Adam Pierson<br>Texas Bar No. 24074897<br>Patrick Doll<br>Texas Bar No. 24078432<br>DENTONS US LLP<br>2000 McKinney Avenue, Suite 1900<br>Dallas, Texas 75201-1858<br>T: (214) 259-0900<br>F: (214) 259-0910<br>adam.pierson@dentons.com<br>patrick.doll@dentons.com<br><br>**Counsel for in rem Defendants 028.com, 744.com, fny.com, jtz.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, sqg.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yjx.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com and Defendants Creation Media LLC, Fantasy Spin Game LLC, ONIG LLC, Strong Inc., Strong, Adam, True Magic LLC, Tumult Inc, and Virtual Investments LLC** |

*/s/ Brian Casper*
Brian Casper
Texas State Bar No. 24075563
brian.casper@klemchuk.com
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, TX 75206
P.  214.367.6017
F.  214.367.6001

**ATTORNEYS FOR DEFENDANT
ALANSIS.COM, INC.**

/s/ Michael Hassett
Michael Hassett
Texas Bar No. 00796722
JONES HASSETT, PC
440 North Center
Arlington, Texas 76011
(817) 265-0440
(817) 265-1440 (fax)
mhassett@tarrantbusinesslaw.com

**ATTORNEYS FOR ALL-PRO
FASTENERS, INC.**

/s/ William R. Lamb
William Robert Lamb
GILLAM & SMITH
303 S. Washington Avenue
Marshall, Texas  75670
T: (903) 934-8450
wrlamb@gillamsmithlaw.com

**Counsel for Power Home Technologies, LLC
and Electronic Arts Inc.**

/s/ Joel C. Boehm
Joel Christian Boehm (State Bar No. 24069393)
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Hwy
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
T:  (512) 338-5400
jboehm@wsgr.com

**Counsel for Slice Technologies, Inc.**

/s/ Franklin M. Smith
Franklin M. Smith (MI Bar No. P76987)
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
T: (248) 433-7393
F: (844) 670-6009
fsmith@dickinsonwright.com

**Counsel for Priveco, Inc.**

/s/ Darin M. Klemchuk
Darin M. Klemchuk
Texas State Bar No. 24002418
darin.klemchuk@klemchuk.com
Aaron D. Davidson
Texas State Bar No. 24007080
aaron.davidson@klemchuk.com
Tim Craddock
Texas State Bar No. 24082868
tim.craddock@klemchuk.com
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, TX 75206
P.  214.367.6000
F.  214.367.6001

**ATTORNEYS FOR DEFENDANT
RADICAL INVESTMENTS
MANAGEMENT, LLC**

/s/ Mark Levine
Mark Levine
WEYCER, KAPLAN, PULASKI &
ZUBER P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas  77046
T:  (713) 961-9045
mlevine@wkpz.com

**Counsel for Quinn Veysey**

| | |
|---|---|
| */s/   R. William Beard, Jr.* | */s/ Jason Richerson* |
| R. William Beard, Jr. (pro hac vice) | Jason Richerson |
| SLAYDEN GRUBERT BEARD PLLC | State Bar No. 24049207 |
| 401 Congress Ave., Suite 1900 | Richerson Law Firm |
| Austin, TX 78701 | 210-B South Cedar Ridge Drive |
| Telephone: (512) 402-3556 | Suite 101-A |
| Facsimile: (512) 402-6865 | Duncanville, Texas, 75116 |
| wbeard@sgbfirm.com | Tel: (214) 935-1439 |
| | Fax: (214) 935-1443 |
| Stephanie R. Barnes | info@richersonlawfirm.com |
| State Bar No. 24045696 | |
| Siebman, Burg, Phillips, and Smith LLP | **Attorney for Defendants DBG Partners,** |
| 4949 Hedgcoxe Rd., Suite 230 | **Inc. and Linda Butcher** |
| Plano, Texas 75024 | |
| Telephone: 214-387-9100 | |
| Facsimile: 214-387-9125 | |
| stephaniebarnes@siebman.com | |
| | |
| **ATTORNEYS FOR STATE FARM MUTUAL** | |
| **AUTOMOBILE INSURANCE COMPANY** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on this 28th day of June 2017.

*/s/ Brian H. Pandya*
**Brian H. Pandya**