IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| **ASSOCIATED RECOVERY, LLC,** §<br>*Plaintiff,* §<br>§<br>**v.** §<br>§<br>§<br>**JOHN DOES 1-44, et. al.,** §<br>*Defendants.* § | **Case No. 3:16-CV-1025-L**<br>*(Consolidated with Civil Action Nos.*<br>*3:17-CV-424-L and 3:17-CV-651-L)* |

**AMENDED CERTIFICATE OF CONFERENCE ON
PLAINTIFF'S [NOW UNOPPOSED] SECOND OR
ALTERNATIVELY AMENDED MOTION TO EXTEND DEADLINE**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff Associated Recovery, LLC, and would show the Court the following:

1. On Wednesday, July 26, 2017, Plaintiff Associated Recovery, LLC, filed its *Presumed Opposed Second or Alternatively Amended Motion to Extend Deadline*, in which Plaintiff Associated Recovery, LLC requested the Court to extend the deadline for Plaintiff Associated Recovery, LLC to file its response, including a supporting brief, to Lookout, Inc.'s amended motion to dismiss under R12(b) (Dkt. 129) and supporting brief (Dkt. 130) to Monday, July 31, 2017.  Dkt. 151.

2. The motion to extend deadline was "presumed opposed" because, as of the time of the filing of the motion (8:40 p.m. on Wednesday, July 26th), counsel for Lookout, Inc. had not yet responded to Plaintiff Associated Recovery, LLC's counsel's email inquiry as to whether the requested extension was opposed, as detailed in the "certificate of conference" in the motion.

Dkt. 151 at 9 of 9.  However, today (Thursday, July 27, 2017), counsel for Lookout, Inc. had an opportunity to respond to the inquiry and stated that counsel for Lookout, Inc. does not oppose the granting of an extension of the deadline to Monday, July 31st, as is reflected in the true and correct copy of an email exchange attached as an exhibit to this motion, for which effort and courtesy Plaintiff Associated Recovery, LLC's counsel is appreciative.

3. Therefore, Plaintiff Associated Recovery, LLC's *Second or Alternatively Amended Motion to Extend Deadline* (Dkt. 151) is in reality unopposed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Associated Recovery, LLC, respectfully request this Honorable Court to extend the deadline for Plaintiff Associated Recovery, LLC to file its response, including a supporting brief, to Lookout, Inc.'s amended motion to dismiss under R12(b) (Dkt. 129) and supporting brief (Dkt. 130) to Monday July 31, 2017, and to grant such other relief, both special and general, at law and in equity to which Plaintiff Associated Recovery, LLC, is justly entitled.

Respectfully submitted,

/s/ Jack T. Jamison
JACK T. JAMISON
State Bar No. 10562550
1509 Main St., No. 205
Dallas, Texas 75201
Tel:  (469) 802-9451
Cell: (214) 402-7654
jack@jackjamisonattorney.com

ATTORNEY FOR PLAINTIFF
ASSOCIATED RECOVERY, LLC

CERTIFICATE OF SERVICE

On the 27th day of July, 2017, a true and correct copy of the foregoing document was electronically submitted to the Clerk of Court for the United States District Court for the Northern District of Texas, using the ECF system. I hereby certify that I have served the lead counsel for each Defendant and each *pro se* Defendant through the Court's electronic filing and service system.

/s/ Jack T. Jamison
JACK T. JAMISON

ATTORNEY FOR PLAINTIFF
ASSOCIATED RECOVERY, LLC