IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATED RECOVERY, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 3:16-CV-1025-L |
| v. | § | (Consolidated with Civil Action |
| | § | Nos. 3:17-CV-242-L and 3:17-CV- |
| | § | 651-L) |
| | § | |
| JOHN DOES 1 – 44, et al. | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANT STEVE FORTUNA'S JOINDER IN REPLY IN
SUPPORT OF CONSOLIDATED DEFENDANTS' RULE 12(B)
MOTION TO DISMISS THIRD AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Through the undersigned counsel, Steven Fortuna hereby joins in and adopts the Reply in Support of Consolidated Defendants' Rule 12(b) Motion to Dismiss Third Amended Complaint (EFC 163) previously filed and fully briefed by the Consolidated Defendants in this Action.

Movant's Reply arguments are identical to the arguments already raised and fully briefed by the Consolidated Defendants (ECF 163). Thus, to save the Court from reading repetitive briefing, Movant Steven Fortuna joins in and adopts the Reply in Support of Consolidated Defendants' Rule 12(b) Motion to Dismiss Third Amended Complaint (163).

  Dated: August 18, 2017

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
900 Congress Avenue, Suite 500
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)

By: _____
    State Bar No. 02759770
    dboyce@w-g.com

ATTORNEYS FOR DEFENDANT
STEVE FORTUNA

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on this 18th day of August, 2017.

_____
David P. Boyce