#IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ASSOCIATED RECOVERY, LLC,** | |
| Plaintiff, | No. 3:16-CV-1025-L |
| v. | **CONSOLIDATED** |
| **JOHN DOES 1-44,** | |
| Defendants *in rem*. | |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL FOR DEFENDANTS**

Consolidated Defendants Adam Strong; Strong, Inc.; Creation Media, LLC; Fantasy Spin Game, LLC; Unicorn Ranch, LLC (in lieu of ONIG, LLC); True Magic, LLC; Tumult, Inc.; and Virtual Investments, LLC and in rem Defendants 028.com, 744.com, fny.com, jtz.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, sqg.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yjx.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com respectfully request that the Court permit Adam Pierson to withdraw as counsel of record for Defendants pursuant to L.R. 83.12. Mr. Pierson has resigned his position at Dentons US LLP and no longer represents Defendants. Dentons will continue to represent Defendants, and remaining counsel have entered appearances (Dkt. Entries #63 and #91 in the present action and Dkt. Entries #132 and #148 in the consolidated action 3:17-cv-00651-L). Plaintiff does not oppose this motion.

Additionally, Defendants request the clerk of the Court remove Mr. Pierson's name from the list of persons authorized to receive electronic notices in this case. WHEREFORE, for all these reasons Defendants respectfully request that the Court grant this motion.

Dated:  March 9, 2018

*Of Counsel:*
Claire M. Maddox
Eric Y. Wu
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
202-496-7500 (phone)
202-496-7756 (fax)
claire.maddox@dentons.com
eric.wu@dentons.com

Respectfully submitted

By: */s/ Patrick Doll*

Patrick Doll
Texas Bar No. 24078432
DENTONS US LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
T: (214) 259-0900
F: (214) 259-0910
patrick.doll@dentons.com

Lora A. Brzezynski
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone:  (202) 496-7239
Facsimile:   (202) 496-7756
lora.brzezynski@dentons.com

*Counsel for Defendants Adam Strong; Strong, Inc.; Creation Media, LLC; Fantasy Spin Game, LLC; Unicorn Ranch, LLC (in lieu of ONIG, LLC); True Magic, LLC; Tumult, Inc.; and Virtual Investments, LLC and in rem Defendants 028.com, 744.com, fny.com, jtz.com, kgj.com, kmq.com, kxq.com, kxw.com, lnm.com, luohe.com, meq.com, ocu.com, pixie.com, qmh.com, sqg.com, vcz.com, vgj.com, wyd.com, xaq.com, xff.com, xsg.com, ycx.com, ygx.com, yjr.com, yjx.com, yqp.com, yqt.com, yrn.com, yte.com, yyg.com, zdp.com, zhd.com, zulin.com, zzm.com*

**CERTIFICATE OF CONFERENCE**

On March 9, 2018 the undersigned counsel conferred with Plaintiff's counsel regarding the subject of this Motion through email. Plaintiff's counsel indicated that Plaintiff agrees to the relief requested.

*/s/ Patrick Doll*
Patrick Doll

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that March 9, 2018 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

*/s/ Patrick Doll*
Patrick Doll