IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY, LLC,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | Case No. 3:16-CV-1025-L |
| § | | *(Consolidated with Civil Action Nos.* |
| § | | *3:17-CV-424-L and 3:17-CV-651-L)* |
| § | | |
| **JOHN DOES 1-44, et. al.,** § | | |
| *Defendants.* § | | |

### NOTICE OF AND MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

COMES NOW, Plaintiff Associated Recovery, LLC, and would show the Court the following:

1. Effective April 3, 2018, Plaintiff Associated Recovery, LLC, entered into an agreement with a Delaware corporation which is not a party in this civil action. Under the terms of such agreement, Plaintiff Associated Recovery, LLC, is obligated to dismiss all claims it is asserting against Defendants Adam Strong and Strong, Inc. with prejudice.

2. Neither Defendant Adam Strong, nor Defendant Strong, Inc. has asserted any type of counter-claim against Plaintiff Associated Recovery, LLC.

3. Plaintiff Associated Recovery, LLC, no longer wishes to prosecute the claims it is asserting against Defendants Adam Strong or Strong, Inc.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Associated Recovery, LLC, respectfully request this Honorable Court to:

1. Dismiss all claims Plaintiff Associated Recovery, LLC, is asserting against Defendants Adam Strong and Strong, Inc. with prejudice; and

2. Grant such other relief, both special and general, at law and in equity to which Plaintiff Associated Recovery, LLC is justly entitled.

Respectfully submitted,

/s/ Jack T. Jamison
JACK T. JAMISON
State Bar No. 10562550
1509 Main St., No. 205
Dallas, Texas 75201
Tel: (469) 802-9451
Cell: (214) 402-7654
jack@jackjamisonattorney.com

ATTORNEY FOR PLAINTIFF
ASSOCIATED RECOVERY, LLC

CERTIFICATE OF SERVICE

On the 10th day of April, 2018, a true and correct copy of the foregoing document was electronically submitted to the Clerk of Court for the United States District Court for the Northern District of Texas, using the ECF system. I hereby certify that I have served the lead counsel for each Defendant and each *pro se* Defendant through the Court's electronic filing and service system.

/s/ Jack T. Jamison
JACK T. JAMISON

ATTORNEY FOR PLAINTIFF
ASSOCIATED RECOVERY, LLC