# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-1025-L** |
| | § | |
| **ADAM STRONG,** *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Notice of and Motion for Voluntary Dismissal, filed April 10, 2018. The court determines that the motion should be, and is hereby, **granted**. Accordingly, all claims Plaintiff Associated Recovery, LLC asserted against Defendants Adam Strong and Strong, Inc. are **dismissed with prejudice.**

**It is so ordered** this 11th day of April, 2018.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**